FILED

OCT 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Osama Abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

Osama abdelfattah

Plaintiff

VS

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
U.S. Citizenship and Immigration Service
U.S. Customs and Border Protection
JOHN DOES (more than one person)
JOHN DOES Companies (more than one company)

Case: 1:07-cv-01842
Assigned To : Kennedy, Henry H.
Assign. Date : 10/11/2007
Description: FOIA/Privacy Act

Complaint

# INTRODUCTION

This law suit consist of two parts, part A and part B

## Part A

1. The plaintiff also seeks damages for privacy act violation, from the defendant's agencies, john does company and john does federal agents.
2. the defendants has used the plaintiff SSN to obtain plaintiff previous addresses , driver licenses and credit card info that pertain to the plaintiff without obtaining the plaintiff permission or warrant from the federal court. Which carriers a criminal and civil penalties under the federal law
3. the plaintiff also demand from the defendants to provide , the name of the persons and addresses of the defendant identified in this lawsuit as names john does thought the discovery mechanism
4. the plaintiff also demand from the defendants to provide , the name of companies and addresses of the defendants identified in this lawsuit as names john does companies thought the discovery mechanism
5.

## Part B

6. This suit seeks an order from this HON court , to order the US government and its defendants agencies (ICE, CBP , CIS , FBI)to ***Expunge Plaintiff TECS/IBIS*** record located in the ***Treasury Enforcement Communication System*** know as ***(TECS II )***
7. this record appeared in each of the following agencies (CBP, ICE , CIS) FOIA response request made by the plaintiff between October 15 2005 and September 2007 see attached exhibit 1
8. although the originating agency that created the TECT/IBIS record is unknown at this time , but there is a strong evidence that this records was created by ICE , specially that ICE is withholding 24 pages pertain to the plaintiff , which is the plaintiff is appealing to the ICE appeal office in Washington DC.
9. This record classifies the plaintiff as what is called as HIT in TECS II /IBIS database see the attached exhibit 2 (obtained from USCIS , which classify the plaintiff as a hit )
10. this record was created by the government some time on 3/14/2002 .the documents that was obtained from above agencies through the FOIA/PA requests was blanket out
11. the plaintiff come to know that this record was created in the TECS II/IBIS system , because between 1998 and 1999 , the plaintiff was a roommate of a person the US government had an interest in
12. On July 2 2004 , The plaintiff was detained by the New York city FBI and ICE , when the plaintiff asked why is he being detained , One of the ICE agent , explained that the plaintiff came in to the Government radar screen , because previous address provided by the plaintiff in his I-485 application (adjustment of

status) , matched his previous roommate address which is maintained in the government   database

13. When the plaintiff argued with the ICE agent that this is not enough to turn somebody up side down, the ICE agent responded that this is enough.

14. The plaintiff is severely injured and continues to suffer from this effect of the existence of this record.

15. The plaintiff was deprived from his right to work, right to travel internationally.

16. The plaintiff has suffered harassment, intimidation; verbal and physical abuse unwarranted detention, and abuse of power by above mentioned government agencies and their federal agents

17. the plaintiff has to launch more than 10 lawsuit , in order to secure some the documents and benefit that is guaranteed  to him under the Constitution of the United States of America

# JURISDICTION & VENUE
# Part A

18. This Court also has jurisdiction over this action pursuant to  U.S.C. § 552a(g) ("privacy act")

19. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with 12 U.S.C. (3401 ←→ 3420.) (Right to Financial Privacy Act), 12 U.S.C. 3416, 3417, 3418.

20. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with 15 U.S.C. § 1681 et seq (Fair Credit Reporting Act)

21. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with Gramm-Leach-Bliley Act

22. Venue is proper in District of Columbia pursuant to the Privacy Act, 5 U.S.C. § 552a (g) (5).

23. Venue is proper in District of Columbia pursuant to the (Right to Financial Privacy Act), 12 U.S.C. 3416 et seq .

24. Venue is proper in District of Columbia pursuant to the (Fair Credit Reporting Act), 15 U.S.C. § 1681 et seq.

25. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the defendants agencies keep their headquarter in this district.

26. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the defendants john does work and reside in this district.

27. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the defendants john company headquarter is unknown and conduct a business with the defendants in this district.

# JURISDICTION & VENUE
# Part B

28. federal courts are empowered to order the expungement of Government records where necessary to vindicate rights secured by the Constitution or statute

29. this court has a jurisdiction to grant a Declaratory judgment and injunctive relief under 28 U.S.C. § 1331 , 2201 , 2202

30. This Court also has jurisdiction over this action pursuant to  First , Fourth ,Fifth ,Sixth and Eighth Amendment

31. This Court also has jurisdiction over this action pursuant to 5 U.S.C. § 552a(g) ("privacy act")

32. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 1343(a) (3), 1343(a) (4).

33. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with the Administrative Procedure Act ("APA") 5 U.S.C. §§ 701-706

34. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with the Administrative Procedure Act ("APA") (5 U.S.C. § 555(b))

35. This Court also has jurisdiction over this action pursuant to 42 U.S.C 1981,1983 ,1985(3),1986,

36. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the defendants agencies keep their headquarter and reside in this district.

37. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the record (TECS II /IBIS ) reside and  maintained in this district

38. Venue is proper in District of Columbia pursuant to the Privacy Act, 5 U.S.C. § 552a (g) (5).

# PARTIES

39. Plaintiff  Osama abdelfattah is  37 years native of Jordan , and permanent resident of united state since June 2004  , Osama lives in 3118 Birchwood CT north Brunswick NJ 08902 works as software eng  , married and has a 4.5 years old daughter , Mr. abdelfattah is a  law abiding person , he has no criminal record , and  never been arrested ,

40. Defendant Department of Homeland Security is a Department of the Executive Branch of the United States Government.

41. Defendant U.S. Immigration and Customs Enforcement an agency within the Department of Homeland Security , ICE is responsible for enforcing immigration law within united state borders , and  an Executive Branch of the United States Government

42. Defendant U.S. citizenship and immigration services is an agency within the Department of Homeland Security , CIS is responsible for processing immigration benefits , and an Executive Branch of the United States Government

43. Defendant U.S. Customs and Border Protection an agency within the Department of Homeland Security , CBP is responsible for protecting U.S borders ,and an Executive Branch of the United States Government

44. defendants John Does , is a federal Employee or federal agent , works for the defendants (DHS,USCIS,USICE, ISCBP) , is responsible for privacy act violation , which include illegally using plaintiff SSN to obtain a plaintiff credit header info which included , names and previous address which belong to the plaintiff , this defendant also obtained driver license info and credit card info the belong to the plaintiff without a court order , or a consents from the plaintiff .

45. defendants John Does companies , is a companies that has access to the plaintiff credit info ,driver license info , and facilitated an easy access to the plaintiff info , to the defendants agencies and defendants john does without a warrant or a consents from the plaintiff

# PART A

## FACTS

46. by a letter dated Feb 25 2006 , the plaintiff submit a FOIA/PA request to ICE

47. two month has passed and the plaintiff did not receive any response from ICE

48. on may 2006 , the plaintiff sued on New Jersey Federal court .see case number **(06-cv-02203)**

49. on august 2006 , ICE was ordered by a U.S Federal Judge to process the request within twenty days

50. On September 2006, the plaintiff received 92 pages from ICE FOIA office.

51. as a part of the response that the plaintiff received the following

52. see attached exhibit 3 , its appear a web page which is used by the defendants , provided by john doe company

53. The Web page has an SSN, first name, last name, etc as an input parameter.

54. the output is names and pervious address of a target person

55. in this instance the defendant john does has used the plaintiff SSN numbers (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)

56. Second half of the web is the result of the search which contains. Plaintiff name , pervious address that he lived in since he came to united state , the dates which the plaintiff occupied those addresses , phone numbers

57. The defendant has also used the SSN to extract plaintiff driver license info which he carried for the last 10 years, which include CT, NJ, NY driver licenses see attached exhibit 4.

58. attached exhibit 5 , contains credit card number (ATT&T) which belongs to the plaintiff
59. by plaintiff own research , the only place where the defendant can get those information is only through "credit report header info"
60. A "credit header" is the information in a credit report that gives basic information about the person to whom the credit report applies. A credit header includes such information as name, variations of names, current and prior address, phone number, date of birth, and Social Security Number. This identifying information links information in a credit report to a particular individual.
61. under Gramm-Leach-Bliley Act , the credit header was considered as part of the credit report
62. in TRANS V FTC , Hon judge Ellen Segal Huvelle (USDJ) of the district of Columbia , affirms the government's position that the header and all other parts of a credit report fall under the protection of Gramm-Leach-Bliley Act

# CAUSES OF ACTION

## First Cause of Action (Defendant agencies using the plaintiff SSN to obtain Credit Header Info is a Violation of Privacy ACT)

63. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
64. under the immigration and nationality act section 265 it provide in part ***"Each alien required to be registered under this title who is within the United States shall notify the Attorney General in writing of each change of address and new address within ten days from the date of such change and furnish with such notice such additional information as the Attorney General may require by regulation."***
65. the plaintiff has complied with this section , every time the plaintiff moves , he send a change of address to USCIS , which is reflected in USCIS system (according from the papers which obtained using FOIA/PA from ICE)
66. the defendant agency made a U Turn and decided to obtain those information illegally
67. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without the plaintiff consent ,
68. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without a court order is a privacy act violation
69. Defendant agency (DHS, CBP, USCIS, USICE) , maintained in its records an information about the plaintiff which is irrelevant and unnecessary is a violation of the privacy act
70. Defendant agency (DHS, CBP, USCIS, USICE) , collected unnecessary information about the plaintiff is a violation of the privacy act

71. as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations

# Second Cause of Action (Plaintiff demand to know the real names and addresses for john does company, and John Doe agent)

72. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein
73. the plaintiff demand under the discovery vehicles to know the real names and the address for john does company, and John Doe agent , for them to be properly served as a defendant in this case

# Third Cause of Action (Defendant agencies using the plaintiff SSN to obtain driver license is a Violation of Privacy ACT)

74. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
75. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without the plaintiff consent ,
76. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without a court order is a privacy act violation
77. Defendant agency (DHS, CBP, USCIS, USICE) , maintained in its records an information about the plaintiff which is irrelevant and unnecessary is a violation of the privacy act
78. Defendant agency (DHS, CBP, USCIS, USICE) , collected unnecessary information about the plaintiff is a violation of the privacy act
79. as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations

# Fourth Cause of Action (Defendant agencies obtaining plaintiff credit card number is Violation of Privacy ACT)

80. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

81. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without the plaintiff consent ,

82. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without a court order is a privacy act violation

83. Defendant agency (DHS, CBP, USCIS, USICE) , maintained in its records an information about the plaintiff which is irrelevant and unnecessary is a violation of the privacy act

84. Defendant agency (DHS, CBP, USCIS, USICE) , collected unnecessary information about the plaintiff is a violation of the privacy act

85. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations

# Fifth Cause of Action
# (Defendant john does using the plaintiff SSN to obtain Credit Header Info is a Violation of Privacy ACT)

86. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

87.  Defendant john does , obtained this information without the plaintiff consent or a court order is a privacy act violation

88. Defendant john does, collected unnecessary information about the plaintiff is a violation of the privacy act

89. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant john does sum of $1,000 for each of the violations

# Sixth Cause of Action
# (Defendant john does using the plaintiff SSN to obtain driver license is a Violation of Privacy ACT)

90. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

91.  Defendant john does , obtained this information without the plaintiff consent or a court order is a privacy act violation

92. Defendant john does, collected unnecessary information about the plaintiff is a violation of the privacy act

93. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant john does sum of $1,000 for each of the violations

# Seventh Cause of Action

## (Defendant john does obtaining plaintiff credit card number is Violation of Privacy ACT)

94. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
95. Defendant john does , obtained this information without the plaintiff consent or a court order is a privacy act violation
96. Defendant john does, collected unnecessary information about the plaintiff is a violation of the privacy act
97. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant john does sum of $1,000 for each of the violations

## Eighth Cause of Action
## (Defendant john does companies providing the defendants agencies access to plaintiff Credit Header Info is a Violation of Privacy ACT)

98. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
99. Defendant john does companies, provided this  information to the other defendants  without the plaintiff consent ,or a court order is a privacy act violation
100. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant john does companies sum of $1,000 for each of the violations

## Ninth Cause of Action
## (Defendant agencies using the plaintiff SSN to obtain Credit Header Info is a Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act)

101. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
102. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without the plaintiff consent or court order or to follow the appropriate procedure is  from the court Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act
103. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations
104. plaintiff entitled to punitive damages in the amount of one million dollars

# Tenth Cause of Action (Defendant John Does using the plaintiff SSN to obtain Credit Header Info is a Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act)

105.Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

106.Defendant john does , obtained this information without the plaintiff consent or court order or to follow the appropriate procedure is from the court Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act

107.as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant john does sum of $1,000 for each of the violations

108.plaintiff entitled to punitive damages in the amount of one million dollars

# Eleventh Cause of Action (Defendant John Does Company providing access for the other defendants to plaintiff credit header info is a Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act)

109.Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

110.Defendant john does company , provided easy access to the plaintiff credit header info without plaintiff consent or court order or to follow the appropriate procedure is a Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act

111.as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant john does companies sum of $1,000 for each of the violations

112.plaintiff entitled to punitive damages in the amount of one million dollars

# Twelve Cause of Action (Defendant agencies and john does obtaining plaintiff credit card number is Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act)

113.Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

114.Defendant agency (DHS, CBP, USCIS, USICE) and john does , obtained this information without the plaintiff consent or court order or to follow the appropriate procedure is from the court Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act and Right to Financial Privacy Act

115.as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations

116.plaintiff entitled to punitive damages in the amount of one million dollars

# PART B

## FACTS

117.Plaintiff Osama abdelfattah is 37 years native of Jordan , and permanent resident of united state since June 2004 , Mr. abdelfattah live in 3118 birchwood CT north Brunswick NJ 08902 , he works as software eng , married and has a 4.5 years old daughter

118. In 1996, the Plaintiff came to united state on F-1. Student visa, the plaintiff studied master in computer engineering from university of Bridgeport, CT.

119.In 1998, the Plaintiff graduated from university of Bridgeport with a master degree in computer engineering, Plaintiff joined in range tech with position of a software engineer.

120..INRANGE tech sponsored the Plaintiff for H1 work visa and green card

121.in December 2001,Mr. abdelfattah and his wife, applied for 1-485 ("application for adjustment of status") and *1-765* ("Application for employment authorizations"), the I-765 application was approved for a year to expire in January 2003

122.Mr. Abdelfattah moved with his family to New Jersey on 2002, Mr. abdelfattah also filed 1-765 ("Application for employment authorizations") to renew his employment authorizations

123.The normal processing time for 1-765 was less than 90 days, Between January and April 2003, the Plaintiff called twice Vermont service center and requested information about his 1-765, and the answer he got is ("you are under a security background check"), and the time to process his 1-765 application is unknown.

124.In or about 3/3/2003, Plaintiff appeared in Cherry Hill New Jersey immigration office to get an interim EAD, the plaintiff efforts was unsuccessful to secure interim EAD.

125.The next day, the Plaintiff appeared in Cherry Hill New Jersey immigration office, after waiting for more than 2 hours the plaintiff efforts was unsuccessful to secure interim EAD.

126.At the end of March 2003, Plaintiff appeared in Cherry Hill New Jersey immigration office, after waiting for 8 hours, the plaintiff efforts was unsuccessful to secure interim EAD

127.At the end of April 2003 , Plaintiff appeared in Cherry Hill New Jersey immigration office, after waiting for 8 hours, the plaintiff efforts was unsuccessful to secure interim EAD

128.At the beginning of September 2003, Plaintiff appeared in Cherry Hill New Jersey immigration office, after waiting for 8 hours, the plaintiff efforts was unsuccessful to secure interim EAD , this time the plaintiff got6 in to an argument with the immigration officer , and the officer threatened the plaintiff to call the police

129.In or about the end of September 2003, the plaintiff appeared at Newark new jersey immigration office for interim EAD, at this time the plaintiff was detained for about 8 hours, but eventually he was let go, and he was able to secure 8 month of an interim EAD..

130.At the end of January 2004, the plaintiff got a job offer in long island, New York to work as a software eng for a software company called falconstor software.

131.*on January* 26 2004, the plaintiff applied for a 1-765 ("Application for employment authorizations") **EACO480012616**

132.On February 10, 2004, and after 1 year and a half, Vermont service center approved the application for employment AUTHORIZATION EAC0304855140, the approval was extension for 4 month, and Vermont service center never sent the card after waiting desperately for it for over 1.5 years.

133.on or about the beginning of April 2004 the Vermont service center issued a RFE At the end of April 2004 ,plaintiff responded to the RFI ,its usually takes a week for Vermont service center to update its record on the web acknowledging the receiving of the RFI ,but it never did, leaving the plaintiff wondering whether the Vermont service center received the RFE or not

134.at the end of May 2004 ,the plaintiff went to Newark to get new Interim EAD ,the plaintiff was able to get another extension For 8 month

135.at the beginning of June 2004, the plaintiff moved from NJ to long island, New York , at the end of may 2004 the plaintiff, faxed an expedite request, to Vermont

service center, asking the service center to expedite the request for L-485 , the service center replied back with a granting of the expedite request

136. At the beginning of June2004, and after month and half of receiving the RFE , Vermont service center updated his record on the web , acknowledging the receiving of the RFE

137. On about June 16, 2004, Vermont service center approved plaintiff wife 1-485 application, and left the plaintiff without an approval ("the plaintiff is the primary applicant").

138. On about June 20 2004, the plaintiff sent another expedite request, Vermont service center updated its web site on June 24 2004, for applicant approval.

139. By looking at FOTA request, the plaintiff was approved on June 16 2004, and it took another expedite request for Vermont service center to update its record.

140. The plaintiff received his approval noticed from Vermont service center, the notice does mention to appear at 26 federal, NY, NY at any Friday between 7am and 4 pm, for the AD1T process, and complete the processing of green card physical card.

141. on or about Friday July 2 2004 , on about 6 am, the plaintiff appeared at 26 federal plaza , at NY USCTS , the plaintiff was number 10, at 7 am the plaintiff appeared at the immigration officer, surrendered the notice , Interim EAD , 2 pictures and his passport, the officer took the plaintiff fingerprint and asked to wait

142. At 9am and after the numbers jumped from no 10 to number *25,* and because the fact that plaintiff was getting late for work , he asked for his passport and documents back, and advised the officer that he will have to come back on another Friday ,the immigration officer started looking for the passport, but could not find the passport, after 15 minute, an immigration officer ("john Do 4") show up with *5* uniform officers and 2 doges, and in front of a wife and my 1 year old baby girl and room full of people he asked me to come up with him, he would like to have a chat with me. And under these circumstances, the plaintiff had no choice but to obey the request.

143. After entering the room, the immigration officer ("john Do 4") told the plaintiff to put his hand on the wall, and conducted a personal search for the p1aintift and asked the plaintiff whether he has guns, and started looking in plaintiff wallet. the immigration officer ("john Do 4") ,asked the plaintiff to set down and asked the plaintiff' how did he obtained his green card and where does he work

144. the immigration officer ("john Do 4") told the plaintiff that the FBI officers is on their way After about 30 m FBI officer Kris and carols show up, the FBI officer Kris identified him self as a FBI officer and that he is from a Lebanese origin, Kris talking about that he was raised in Kuwait, and that he is working with (KCSS, or KOSS ...etc) , the plaintiff asked what is (1(055, or KOSS ..ctc) ,Kris said its Kuwait intelligent, that they have state of the art equipment, the plaintiff felt puzzled ,of what is the Kris is talking about.

145. *Carlos* talked to the plaintiff that he is here because of his roommate he lived in the past few years , carols asked the plaintiff what does he know about that roommate ,the plaintiff answer that he lived with him for the between 1998-1999

and he left to NJ after that, and that the plaintiff heard that this roommate has a trouble with the law, the plaintiff did mention to carols that he heard from 2 friend that has also some pending application For I- 485 that was also question by the immigration about that roommate .

146. the plaintiff argued immigration officer (john Do 4") what the plaintiff has to do with this roommate ,the answer was ,"this is enough"

147.The Immigration officer (john Do 4") asked the plaintiff to go to a detention glass room. the immigration officer (john Do 4") advices the plaintiff that he is free to go any time he want plaintiff asked immigration officer ('john Do 4") to let him go ,before plaintiff left . Kris and carols asked the plaintiff for a what they called "voluntary interview" .carols told the plaintiff that every thing is fine but they have a concerned about his hand, the plaintiff explained that what happened was a car explosion and that he suffered with bums in hand and legs,

148. carols and cris started ask some question about, "did you have a weapon training ,where did you travel . whether he prays or not, whether he give money to charity . what do you think about the Americans?, can you wok. as an informant for the FBI"

149.the Plaintiff provided the officers with names and phone number for him, friends, father phone number and address in Kuwait, all the previous and address, wife name and child name ,at the end of the interview the immigration officer advised the plaintiff to go to the ADIT unit .

150. the Plaintiff demanded that the ADIT unit to stamp his passport, The Immigration officer ("john do 5") refused to stamp the passport, and asserted that there was an error of the approval ,and said "somebody pushed the bottom by mistake in Vermont service center", the plaintiff asked the officer to return back his FAD card and approval notice . the Immigration officer ("john do 5") ,retuned back the passport and said "we will be able to return back the passport because its from your native country" and we will not retune back the approval notice and FAD and that the unit will be contacted you by mail.

151. On about mid July 2004, the plaintiff lawyer send a letter to the NY USCIS asking to stamp the plaintiff passport, 3 month passed by and no response was received. , at the end of august 2004, the plaintiff filed A FOIA request with Vermont service center for 1-485 application

152.on 9/10/2004, the plaintiff appeared at NY USCIS with his lawyer to get his passport stamp, the plaintiff was instructed to wait, and after waiting for 6 hours, during this time the immigration officer appeared at plaintiff work to check his paper works . and appeared at plaintiff house to ask some questions ,the plaintiff passport was ,stamped for 60 days, and advised by Immigration officer (john Do 5") that the ADIT unit will conduct a and investigation for plaintiff address and names he used.

153.on august 4 . the plaintiff filed for 1-90 application for green card replacement EAC04800245 17 . and on mid September the plaintiff filed 1131, APPLICATION FOR USCIS TRAVEL DOCUMENT LTN0425451619

154. at the end of September 2004 Vermont service center transferred plaintiff file from Vermont to NY USCIS

155. on several occasions' since the submission of the plaintiff FOTA request . plaintiff has contact USCIS / NY FOIA office to find the status of his FOJA request .plaintiff did not get any dead line is when is the USCIS / NY FOIA going to process the FOIA request

156. On 2/25/2005, the plaintiff flied a lawsuit in NY eastern district court (1:05-CV-01049-SJF-LB), asking the court to compel the USCIS / NY FOIA to process the FOIA request.

157. on mid march 2005 .the plaintiff received 337 out of 420 pages FOIA Appeal office in DC

158. on may the plaintiff appeared at NY USCIS to stamp his passport, NY/USCIS refused to stamp his passport

159. on July 26 2005  and because the plaintiff was lacking any documentation for his permanent residency  the plaintiff filled a lawsuit in eastern district of new York to compel Nebraska service center to act on plaintiff I-131 reentry permit

160. The assistance district attorney which was in charge if that case , asked for extension 2 times , to try to resolve the problem without the court intervention

161. on November 2005  , the plaintiff reached an agreement with  assistance district attorney for eastern district of new York , that the NY USCIS will stamp the plaintiff passport for a year in exchange that the plaintiff will drop he lawsuit

162. On November 15 2005, plaintiff appeared at NY USCIS where he got his passport stamp for a year.

163. when the plaintiff asked about when USCIS will issue the physical green card , he got no answer and It was mention to the plaintiff that his file was transferred to Nebraska service center , because the service center want to take look at the file before acting on the I-131 case  .

164. on number 15 2005 dropped the lawsuit

165. on number 19 2005 Vermont service center approved  plaintiff I-90 application

166. although the application was approved , no approval notice was received and no physical card was received

167. on march 10 2006 , Vermont service center backtracked the approval and transferred the file to another BCIS office

# Plaintiff has exhausted the administrative remedy

168. by a letter dated September 7 2007 , the plaintiff sent a Privacy act request , requesting that his record be expunge to CIS, ICE , CBP

169. 10 days has passed and the plaintiff did not get any response to his request

170. Plaintiff has exhausted the administrative remedy

# CAUSES OF ACTION

## Thirteen Cause of Action
## (Violation of Fifth Amendment)

171. Plaintiff hereby incorporates the information in paragraphs 117 through 170 above as if fully set forth herein.

172. Defendants' refusal to expunge plaintiff record constitutes a violation of his procedural due process rights under the Fifth Amendment of the U.S. Constitution.

## Fourteen Cause of Action
## (Violation of Administrative Procedures Act, 5 U.S.C. §§ 702, 706 et seq)

173. Plaintiff hereby incorporates the information in paragraphs 117 through 170 above as if fully set forth herein.

174.. Defendants' refusal to expunge plaintiff record constitutes a violation constitutes a violation of the Administrative Procedures Act. 5 U.S.C. § 706.

## Fifteen Cause of Action
## (Privacy ACT violation)

175. Plaintiff hereby incorporates the information in paragraphs 117 through 170 above as if fully set forth herein

176. Defendants' refusal to expunge plaintiff record constitutes a violation constitutes a violation of the Privacy ACT

## Sixteen Cause of Action
## (Declaratory Judgment Act, 28 U.S.C. § 2201)

177. Plaintiff hereby incorporates the information in paragraphs 117 through 170 above as if fully set forth herein

## Seventeen Cause of Action
## (Equal Access to Justice Act)

178. Plaintiff hereby incorporates the information in paragraphs 117 through 170 above as if fully set forth herein.

179. Plaintiff seek attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

180.)

# PRAYER FOR RELIEF

181. **WHEREFORE,** Plaintiff respectively ask the Court to:
182. Assume jurisdiction over this matter
183. Order the defendant to expunge the TECS/IBIS Record
184. Award the plaintiff a punitive damages of one million dollar.
185. Award Plaintiff's counsel reasonable attorney's fees and costs; and
186. Grant such other and further relief as may be just and proper.

Respectfully submitted,

Osama Abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902
Phone: 732-993-3392

07-1842 HHK

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Osama Abdelfattah

88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF New Jeresy
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
U.S. Citizenship and Immigration Service
U.S. Customs and Border Protection
JOHN DOES (more than one person)
JOHN DOES Companies (more than one company)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) Washinghton DC
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Osama Abdelfattah
3118 Birchwood CT
North Brunswick 08902

Case: 1:07-cv-01842
Assigned To : Kennedy, Henry H.
Assign. Date : 10/11/2007
Description: FOIA/Privacy Act

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⦿ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ⦿ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ⦿ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A. *Antitrust***

- ☐ 410 Antitrust

**○ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

→ Delagtory judgment + privacy act

**○ E. *General Civil (Other)*** OR **⦿ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(b)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊗ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☒ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 PA

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** ______ Check YES only if demanded in complaint **JURY DEMAND:** YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY** NO. (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

**DATE** 10/11/2007 **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# Exhibit 1

## Obtained from CBP

```
TECS II - PERSON SUBJECT DISPLAY                                    62
                                             62
                                          ENTRY 031402 UPDATE 041105
NAME- LAST ABDELFATTAH                PHYSICAL IDENTIFIERS
FIRST OSAMA          MID          HISPANIC U RACE U SEX    HAIR    EYES
      IMAGE          ALIAS    NICKNAME    STC    HT 000 000 WT 000 000 ENGLSH
PERSONAL-                                       S/M/T                  MORE
 DOB 11141969  POB- CNTRY    ST    CITY                          CTZN  MORE
 SSN 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 MORE    AFN         MORE    RES      EXC/SITE           MORE
 PPN                  TYPE    CNTRY    ISSDT           EXPDT           MORE
ADDRESS- DATE           STREET                             APT
 CITY                              STATE     CNTRY    ZIP      TYPE    MORE
CONTACT- CBP FIELD OPS - LOS ANGELES CA          PHONE                 67c
 OWNER                              67c CASE NBR 784                   MORE
                                      START 08282004 STOP 08272005 QRY NTFY 1
                            62                CAT
REMARKS-   DATE 082904                               67c               MORE
                                                                       WHO
                                                                       67c
```

## Obtained from ICE

```
   16:39  (b)(2)  TECS II - PERSON SUBJECT DISPLAY (1 OF 3)   090806   (b)(2)
                                         ENTRY 031402 UPDATE 041105
\ME- LAST ABDELFATTAH                PHYSICAL IDENTIFIERS
:RST OSAMA        MID          HISPANIC U RACE U SEX    HAIR    EYES
     IMAGE        ALIAS    NICKNAME    STC    HT 000 000 WT 000 000 ENGLSH
:RSONAL-                                    S/M/T                  MORE
)OB 11141969  POB- CNTRY    ST    CITY                      CTZN   MORE
SSN 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 MORE    AFN         MORE    RES      EXC/SITE        MORE
?PN                  TYPE    CNTRY    ISSDT           EXPDT        MORE
)DRESS- DATE           STREET                             APT
:ITY    (b)(7)(C)                  STATE     CNTRY    ZIP    TYPE  MORE
)NTACT-                                  PHONE
)WNER                                          (b)(2)              MORE
RIMARY                 )(b)(2)   START          STOP          QRY NTFY 1
STATUS                                     CAT
EMARKS-   DATE 082904                                              MORE  (b)(2)+(b)(7)(C)

                                                                   (b)(2)
```

07 1842

FILED

OCT 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Continue Exhibit 1

***Obtained from CIS***

Case APP2005000392 Document 5 of type RESPONSIVE

```
14:53        TECS II   PERSON SUBJECT DISPLAY (  OF 3)   090803   T2NRG003
TID= 651J                                                          T2PRG009
TECS RECORD ID
NAME- LAST ABDELFATTAH                    ENTRY 031402 UPDATE 090803
FIRST OSAMA                               PHYSICAL IDENTIFIERS
      INAGE          MID          HISPANIC U RACE U SEX   HAIR    EYES
                     ALIAS  NICKNAME  STC   HT 000 000 WT 000 000 ENGLSH
PERSONAL-                                  S/M/T                   MORE
 DOB 11141969  POB- CNTRY  ST   CITY                               MORE
 SSN 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 MORE  AFN                               CTZN        MORE
 PPN                          MORE  RES       EXC/SITE             MORE
                       TYPE  CNTRY  ISSDT         EXPDT            MORE
ADDRESS- DATE        STREET
 CITY                                                  APT
                              STATE    CNTRY    ZIP     TYPE       MORE
CONTACT- USCS FIELD OPS - LOS ANGELES CA
 OWNER                                    PHONE
                                     CASE NBR 784
PRIMARY 5  REFER TO USCS SECONDARY                                 MORE
 STATUS SO SUSPECT, OTHER      START 09082003 STOP 09072004 QRY NTFY
REMARKS-  DATE 031402                     CAT
OFFICE OF BORDER SECURITY:                                         MORE

NO SUB-RECORDS
                                 SUBSEQUENT SCREENS ARE BLANK
(F1/F2=HELP)(F3=MENU)(F4=HITLIST)(F8=NEXT PAGE)(F9=VIEW ACCESS)(F11=DISCLOSURE)
 1 NCIC RESPONSES; <F12>=CK NCIC*   (F14/15=LINKLIST)(F16=PRINT)(F17=HOMEREC)
```

Unclassified Official Use Only

PAGE WITHHELD PURSUANT TO
(a)(k)(2)(k)(5)

(b)(2)

(c)



# Exhibit 2

***Obtained from CIS***

07 1842

FILED

OCT 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Exhibit 3

Main Menu | My Account | Print | Contact Us | Log Out

[redacted]

[redacted]

| Last Name | First Name | Middle Name | SSN |
|---|---|---|---|
| | | | 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 |

| Street Address | City | State | Zip | County | Radius |
|---|---|---|---|---|---|
| | | | | | |

| Phone | DOB | Age Range |
|---|---|---|
| | | - |

R

☐ Search for other possible name spellings ☐ Include Bankruptcies

Output Type: ◉ Formatted HTML ○ Cut and Paste / Printer Friendly Text (No Reports)

Important: The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Search completed

Records: 1 to 39 of 39

(b)(2) [redacted] (b)(2) [redacted] (b)(2) [redacted] (b)(2) [redacted]

| All | Full Name | Age/DOB | Address | Dates | Phone Informat |
|---|---|---|---|---|---|
| | ABDELFATTAT OSMA 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 | | 1007 LARGE MONT PLAC MOUNT LAUREL NJ 08054 | Nov 02 - Jul 06 | |
| | OSAMA ABDELFATTAH 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 | | 210 PLEASANTVIEW DR A PISCATAWAY NJ 08854-3404 | Aug 05 - Jul 06 | (631) 546-5359 |
| | OSAM ABDELFATTAH 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 | | 210 PLEASANTVIEW DR # A PISCATAWAY NJ 08854-3404 | Aug 05 - Jul 06 | |
| | OSAMA FATTAH 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 | | 210 PLEASANTVIEW DR # A PISCATAWAY NJ 08854-3404 | Aug 05 - Jul 06 | |
| | OSAM ABDELFATTAH 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 | | 210A PLEASANTVIEW DR PISCATAWAY NJ 08854-3404 | Aug 05 - Jun 06 | |
| | OSAMA ABDELFATTAH 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 | | 210A PLEASANTVIEW DR PISCATAWAY NJ 08854-3404 | Aug 05 - Jun 06 | |
| | OSAMA FATTAH 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 | | 210A PLEASANTVIEW DR PISCATAWAY NJ 08854-3404 | Aug 05 - Jun 06 | |
| | OSAM ABDELFATTAH 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 | | 189 HAWTHORNE AVE APT 132 CENTRAL ISLIP NY 11722-1397 | May 05 - Sep 05 | |
| | OSAMA ABDELFATTAH | | 189 HAWTHORNE AVE APT 132 | May 05 - Sep 05 | |

07 1842

[redacted] (b)(2)

9/8/2006

FILED

OCT 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CO Exhibit 3

| | SSN | Name | Age/DOB | Address | Dates | Phone |
|---|---|---|---|---|---|---|
| | 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 | | | CENTRAL ISLIP NY 11722-1397 | | |
| | 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 | OSAMA FATTAH | | 189 HAWTHORNE AVE APT 132 CENTRAL ISLIP NY 11722-1397 | May 05 - Aug 05 | |
| | 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 | OSAM ABDELFATTAH | | 998 OLD COUNTRY RD STE C PLAINVIEW NY 11803-4936 | Jan 05 - May 05 | |
| | 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 | OSAMA ABDELFATTAH | | 998 OLD COUNTRY RD STE C PLAINVIEW NY 11803-4936 | Jan 05 - May 05 | |
| | 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 | OSAMA FATTAH | | 998 OLD COUNTRY RD STE C PLAINVIEW NY 11803-4936 | Jan 05 - May 05 | |
| | 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 | OSAM ABDELFATTAH | | 998C OLD COUNTRY RD PLAINVIEW NY 11803-4917 | Jun 04 - Dec 04 | |
| | 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 | OSAMA ABDELFATTAH | | 998C OLD COUNTRY RD PLAINVIEW NY 11803-4917 | Jun 04 - Dec 04 | |
| | 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 | OSAM ABDELFATTAH | | 4173 HARBOUR DR PALMYRA NJ 08065-2103 | Mar 04 - Aug 04 | |
| | 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 | OSAMA ABDELFATTAH | | 4173 HARBOUR DR PALMYRA NJ 08065-2103 | Mar 04 - Aug 04 | |
| | (b)(7)(C) | | | 4173 HARBOUR DR PALMYRA NJ 08065-2103 | Feb 04 - Aug 04 | |
| | 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 | OSAMA FATTAH | | 998C OLD COUNTRY RD PLAINVIEW NY 11803-4917 | Jun 04 | |
| | 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 | OSAMA FATTAH | | 4173 HARBOUR DR PALMYRA NJ 08065-2103 | Mar 04 | |
| | 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 | OSAM ABDELFATTAH | | 4188 HARBOUR DR PALMYRA NJ 08065-2108 | Mar 03 - Feb 04 | |
| | 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 | OSAMA ABDELFATTAH | | 4188 HARBOUR DR PALMYRA NJ 08065-2108 | Mar 03 - Feb 04 | |
| | 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 | OSAM ABDELFATTAH | | 505 JEWETT AVE BRIDGEPORT CT 06606-2849 | Nov 02 - Mar 03 | |
| | 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 | OSAMA ABDELFATTAH | | 505 JEWETT AVE BRIDGEPORT CT 06606-2849 | Nov 02 - Mar 03 | |
| | 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 | OSAMA ABDEL ABDELFATTAH | 36 Nov, 1969 | PO BOX 3182 BRIDGEPORT CT 06605-0182 | Jul 99 - Nov 02 | (203) 334-7420 |
| | 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 | OSAM ABDELFATTAH | | PO BOX 3182 BRIDGEPORT CT 06605-0182 | Nov 00 - Nov 02 | |
| | 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 | OSAMA ABDEL FATTAH | 36 Nov 14, 1969 | PO BOX 3182 BRIDGEPORT CT 06605-0182 | Jul 99 - Oct 02 | (203) 334-7420 |
| | 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 | OSAM ABDELFATTAH | | 562 ATLANTIC ST APT B BRIDGEPORT CT 06604-5301 | May 02 | |
| | 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 | OSAMA ABDEL ABDELFATTAH | 36 Nov, 1969 | 562 ATLANTIC ST APT B BRIDGEPORT CT 06604-5301 | Nov 97 - Dec 01 | (203) 334-7420 |
| | 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 | OSAMA ABDEL FATTAH | 36 Nov 14, 1969 | 562 ATLANTIC ST APT B BRIDGEPORT CT 06604-5301 | Apr 97 - Dec 01 | (203) 334-7420 |
| | 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 | OSAMA ABDEL ABDELFATTAH | 36 Nov, 1969 | 9 HALLOCK ST BRIDGEPORT CT 06606-2330 | Sep 00 - Oct 00 | 366-4721 |

(b)(2)

9/8/2006

# CO Exhibit 3

| Name / SSN | Age / DOB | Address | Dates | Phone |
|---|---|---|---|---|
| OSAMA ABDEL FATTAH<br>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 | 36<br>Nov 14, 1969 | 9 HALLOCK ST<br>BRIDGEPORT CT 06606-2330 | Sep 00 - Oct 00 | 366-4721 |
| [redacted] | | | | |
| OSAMA A FATTAH<br>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 | | 562 ATLANTIC ST APT B<br>BRIDGEPORT CT 06604-5301 | | |
| OSAMA A FATTAH<br>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 | | PO BOX 3182<br>BRIDGEPORT CT 06605-0182 | | |
| [redacted] | | | | |
| [redacted] | | | | |
| [redacted] | | | | |
| [redacted] | | | | |

Export to Excel Records: 1 to 39 of 39

All other deletions are pursuant to exemptions (b)(2) and (b)(7)(C).

(b)(2)

# Exhibit 4

16:14 TECS II EXTERNAL MESSAGE DISPLAY 09082006 [redacted]

JEUE TYPE: PERSONAL QUEUE NAME: [redacted]

MSG STATUS: [redacted]

******************* TEXT OF MESSAGE ***************** PAGE 01 ***************

)M NLETS ON 09/08/06 AT 16:14:29

[redacted]

14 09/08/2006 [redacted]

14 09/08/2006

[redacted]

)ELFATTAH, OSAMA

) A PLEASANTVIEW DRIVE, PISCATAWAY, NJ

:/M. DOB/11141969. HGT/510.

:/343922185. [redacted]. EXP/02142007.

;SAGE IS DISPLAYED. [redacted]

) OF THIS MESSAGE [redacted]

All deletions are pursuant to exemption (b)(2).

07 1842

FILED

OCT 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CO Exhibit 4

```
    16:15      TECS II EXTERNAL MESSAGE DISPLAY        09082006 [redacted]

UEUE TYPE:   PERSONAL          QUEUE NAME: [redacted]
                               MSG STATUS: [redacted]
****************** TEXT OF MESSAGE ***************  PAGE 01 ***************
OM NLETS  ON 09/08/06 AT 16:14:39

[redacted]
:14 09/08/2006 [redacted]
:14 09/08/2006 [redacted]
[redacted]
ELFATTAH OSAMA                         DOB/19691114  SEX/M  HGT/510  EYE/GRN
X 3182 [redacted]     BRIDGEPORT          CT  06605-
S/CT [redacted]                         CANCELLED       EXP/20051114
L/NONE ISSUED  ENDORS/      RESTR/                 PUBSRV/NONE ISSUED

SSAGE IS DISPLAYED. [redacted]

D OF THIS MESSAGE [redacted]
```

All deletions are pursuant to exemption (b)(2).

# CO Exhibit 4

```
    16:15       TECS II EXTERNAL MESSAGE DISPLAY          09082006 [redacted]

UEUE TYPE:   PERSONAL           QUEUE NAME: [redacted]
                                MSG STATUS: [redacted]
******************* TEXT OF MESSAGE *****************  PAGE 01 ***************
OM NLETS  ON 09/08/06 AT 16:14:39

[redacted]
:14 09/08/2006 [redacted]
:14 09/08/2006 [redacted]
[redacted]
ELFATTAH OSAMA                      DOB/19691114  SEX/M  HGT/510  EYE/GRN
X 3182 [redacted]     BRIDGEPORT      CT  06605-
S/CT [redacted]                    CANCELLED       EXP/20051114
L/NONE ISSUED   ENDORS/        RESTR/             PUBSRV/NONE ISSUED

SSAGE IS DISPLAYED. [redacted]
D OF THIS MESSAGE
[redacted]
```

All deletions are pursuant to exemption (b)(2).

# Exhibit 5

All deletions are pursuant to exemption (b)(2).

07 1842
FILED
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT