# 1:07-cv-01842-HHK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**1:07-cv-01842-HHK**

# First Amendment
# Complaint

**RECEIVED**

JAN 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Osama abdelfattah

Plaintiff

VS

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
U.S. Citizenship and Immigration Service
U.S. Customs and Border Protection
JOHN DOES (more than one person)
JOHN DOES Companies (more than one company)

Osama Abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

# INTRODUCTION

This law suit consist of two parts, part A and part B

## Part A

1. The plaintiff seeks damages for privacy act violation, from the defendant's agencies, john does company and john does federal agents.

2. the defendants has used the plaintiff SSN to obtain plaintiff previous addresses , driver licenses and credit card info that pertain to the plaintiff , without obtaining the plaintiff permission or warrant from the federal court. Which carriers a criminal and civil penalties under the federal law

3. the plaintiff also demand from the defendants to provide , the name of the persons and addresses of the defendant identified in this lawsuit as names john does thought the discovery mechanism

4. the plaintiff also demand from the defendants to provide , the name of companies and addresses of the defendants identified in this lawsuit as names john does companies thought the discovery mechanism

## Part B

5. This suit seeks an order from this HON court , to order the US government and its defendants agencies (ICE, CBP , CIS , FBI)to *Expunge Plaintiff TECS/IBIS* record located in the *Treasury Enforcement Communication System* know as *(TECS II )*

6. this record appeared in each of the following agencies (CBP, ICE , CIS) FOIA response request made by the plaintiff between October 15 2005 and September 2007 see attached exhibit 1

7. although the originating agency that created the TECT/IBIS record is unknown at this time , but there is a strong evidence that this records was created by ICE , specially that ICE is withholding 24 pages pertain to the plaintiff , which is the plaintiff is appealing to the ICE appeal office in Washington DC.

8. This record classifies the plaintiff as what is called as HIT in TECS II /IBIS database see the attached exhibit 2 (obtained from USCIS , which classify the plaintiff as a hit )

9. this record was created by the government some time on 3/14/2002 .the documents that was obtained from above agencies through the FOIA/PA requests was blanket out

10. the plaintiff come to know that this record was created in the TECS II/IBIS system , because between 1998 and 1999 , the plaintiff was a roommate of a person the US government had an interest in

11. On July 2 2004 , The plaintiff was detained by the New York city FBI and ICE , when the plaintiff asked why is he being detained , One of the ICE agent , explained that the plaintiff came in to the Government radar screen , because previous address provided by the plaintiff in his I-485 application (adjustment of

status) , matched his previous roommate address which is maintained in the government  database

12. When the plaintiff argued with the ICE agent that this is not enough to turn somebody up side down, the ICE agent responded that this is enough.

13. The plaintiff is severely injured and continues to suffer from this effect of the existence of this record.

14. The plaintiff was deprived from his right to work, right to travel internationally.

15. The plaintiff has suffered harassment, intimidation; verbal and physical abuse unwarranted detention, and abuse of power by above mentioned government agencies and their federal agents

16. the plaintiff has to launch more than 10 lawsuit , in order to secure some the documents and benefit that is guaranteed  to him under the Constitution of the United States of America

# JURISDICTION & VENUE
# Part A

17. This Court also has jurisdiction over this action pursuant to  U.S.C. § 552a(g) ("privacy act")

18. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with 12 U.S.C. (3401 ←→ 3420.) (Right to Financial Privacy Act), 12 U.S.C. 3416, 3417, 3418.

19. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with 15 U.S.C. § 1681 et seq (Fair Credit Reporting Act)

20. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with Gramm-Leach-Bliley Act

21. Venue is proper in District of Columbia pursuant to the Privacy Act, 5 U.S.C. § 552a (g) (5).

22. Venue is proper in District of Columbia pursuant to the (Right to Financial Privacy Act), 12 U.S.C. 3416 et seq .

23. Venue is proper in District of Columbia pursuant to the (Fair Credit Reporting Act), 15 U.S.C. § 1681 et seq.

24. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the defendants agencies keep their headquarter in this district.

25. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. a substantial part of the events or omissions giving rise to the claim occurred in this District .

26. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the defendants john does work and reside in this district.

27. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the defendants john company headquarter is unknown and conduct a business with the defendants in this district.

# JURISDICTION & VENUE
# Part B

28. federal courts are empowered to order the expunge (delete) of Government records where necessary to vindicate rights secured by the Constitution or statute

29. this court has a jurisdiction to grant a Declaratory judgment and injunctive relief under 28 U.S.C. § 1331 , 2201 , 2202

30. This Court also has jurisdiction over this action pursuant to First , Fourth ,Fifth ,Sixth and Eighth Amendment

31. This Court also has jurisdiction over this action pursuant to 5 U.S.C. § 552a(g) ("privacy act")

32. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 1343(a) (3), 1343(a) (4).

33. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with the Administrative Procedure Act ("APA") 5 U.S.C. §§ 701-706

34. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) in conjunction with the Administrative Procedure Act ("APA") (5 U.S.C. § 555(b))

35. This Court also has jurisdiction over this action pursuant to 42 U.S.C 1981,1983 ,1985(3),1986,

36. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the defendants agencies keep their headquarter and reside in this district.

37. Venue is proper in District of Columbia pursuant to the United States Code of Judicial Procedure, 28 U.S.C. § 1391. Because the records in dispute resides and maintained in the  (TECS II /IBIS ) , (TECS II /IBIS )  reside and  maintained in this district by CBP (all of the central data is kept and maintained  by CBP headquarter )

38. Venue is proper in District of Columbia pursuant to the Privacy Act, 5 U.S.C. § 552a (g) (5).

# PARTIES

39. Plaintiff  Osama abdelfattah is  38 years native of Jordan , and permanent resident of united state since June 2004  , Osama lives in 3118 Birchwood CT north Brunswick NJ 08902 works as software eng  , married and has a 4.5 years old daughter , Mr. abdelfattah is a  law abiding person , he has no criminal record , and  never been arrested ,

40. Defendant Department of Homeland Security is a Department of the Executive Branch of the United States Government.

41. Defendant U.S. Immigration and Customs Enforcement an agency within the Department of Homeland Security , ICE is responsible for enforcing immigration law within united state borders , and an Executive Branch of the United States Government

42. Defendant U.S. citizenship and immigration services is an agency within the Department of Homeland Security , CIS is responsible for processing immigration benefits , and an Executive Branch of the United States Government

43. Defendant U.S. Customs and Border Protection an agency within the Department of Homeland Security , CBP is responsible for protecting U.S borders ,and an Executive Branch of the United States Government

44. defendants John Does , is a federal Employee or federal agent , works for the defendants (DHS,USCIS,USICE, ISCBP) , is responsible for privacy act violation , which include illegally using plaintiff SSN to obtain a plaintiff credit header info which included , names and previous address which belong to the plaintiff , this defendant also obtained driver license info and credit card info the belong to the plaintiff without a court order , or a consents from the plaintiff .

45. defendants John Does companies , is a companies that has access to the plaintiff credit info ,driver license info , and facilitated an easy access to the plaintiff info , to the defendants agencies and defendants john does without a warrant or a consents from the plaintiff

# PART A

## FACTS

46. by a letter dated Feb 25 2006 , the plaintiff submit a FOIA/PA request to ICE

47. two month has passed and the plaintiff did not receive any response from ICE

48. on may 2006 , the plaintiff sued on New Jersey Federal court .see case number **(06-cv-02203)**

49. on august 2006 , ICE was ordered by a U.S Federal Judge to process the request within twenty days

50. On September 2006, the plaintiff received 92 pages from ICE FOIA office.

51. as a part of the response that the plaintiff received the following

52. see attached exhibit 3 , its appear a web page which is used by the defendants , provided by john doe company

53. The Web page has an SSN, first name, last name, etc as an input parameter.

54. the output is names and pervious address of a target person

55. in this instance the defendant john does has used the plaintiff SSN numbers (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)

56. Second half of the web is the result of the search which contains. Plaintiff name , pervious address that he lived in since he came to united state , the dates which the plaintiff occupied those addresses , phone numbers

57. The defendant has also used the SSN to extract plaintiff driver license info which he carried for the last 10 years, which include CT, NJ, NY driver licenses see attached exhibit 4.

58. attached exhibit 5 , contains credit card number (ATT&T) which belongs to the plaintiff

59. by plaintiff own research , the only place where the defendant can get those information is only through "credit report header info"

60. A "credit header" is the information in a credit report that gives basic information about the person to whom the credit report applies. A credit header includes such information as name, variations of names, current and prior address, phone number, date of birth, and Social Security Number. This identifying information links information in a credit report to a particular individual.

61. under Gramm-Leach-Bliley Act , the credit header was considered as part of the credit report

62. in TRANS V FTC , Hon judge Ellen Segal Huvelle (USDJ) of the district of Columbia , affirms the government's position that the header and all other parts of a credit report fall under the protection of Gramm-Leach-Bliley Act

# CAUSES OF ACTION

# First Cause of Action
# (Defendant agencies using the plaintiff SSN to obtain Credit Header Info is a Violation of Privacy ACT)

63. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

64. under the immigration and nationality act section 265 it provide in part *"Each alien required to be registered under this title who is within the United States shall notify the Attorney General in writing of each change of address and new address within ten days from the date of such change and furnish with such notice such additional information as the Attorney General may require by regulation."*

65. the plaintiff has complied with this section , every time the plaintiff moves , he send a change of address to USCIS , which is reflected in USCIS system (according from the papers which obtained using FOIA/PA from ICE)

66. the defendant agency made a U Turn and decided to obtain those information illegally

67. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without the plaintiff consent ,

68. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without a court order is a privacy act violation

69. Defendant agency (DHS, CBP, USCIS, USICE), maintained in its records an information about the plaintiff which is irrelevant and unnecessary is a violation of the privacy act

70. Defendant agency (DHS, CBP, USCIS, USICE), collected unnecessary information about the plaintiff is a violation of the privacy act

71. as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations

# Second Cause of Action
# (Plaintiff demand to know the real names and addresses for john does company, and John Doe agent)

72. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein

73. the plaintiff demand under the discovery vehicles to know the real names and the address for john does company, and John Doe agent , for them to be properly served as a defendant in this case

# Third Cause of Action
# (Defendant agencies using the plaintiff SSN to obtain driver license is a Violation of Privacy ACT)

74. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

75. Defendant agency (DHS, CBP, USCIS, USICE), obtained this information without the plaintiff consent ,

76. Defendant agency (DHS, CBP, USCIS, USICE), obtained this information without a court order is a privacy act violation

77. Defendant agency (DHS, CBP, USCIS, USICE), maintained in its records an information about the plaintiff which is irrelevant and unnecessary is a violation of the privacy act

78. Defendant agency (DHS, CBP, USCIS, USICE), collected unnecessary information about the plaintiff is a violation of the privacy act

79. as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations

# Fourth Cause of Action

## (Defendant agencies obtaining plaintiff credit card number is Violation of Privacy ACT)

80. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
81. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without the plaintiff consent ,
82. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without a court order is a privacy act violation
83. Defendant agency (DHS, CBP, USCIS, USICE) , maintained in its records an information about the plaintiff which is irrelevant and unnecessary is a violation of the privacy act
84. Defendant agency (DHS, CBP, USCIS, USICE) , collected unnecessary information about the plaintiff is a violation of the privacy act
85. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations

## Fifth Cause of Action
## (Defendant john does using the plaintiff SSN to obtain Credit Header Info is a Violation of Privacy ACT)

86. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
87. Defendant john does , obtained this information without the plaintiff consent or a court order is a privacy act violation
88. Defendant john does, collected unnecessary information about the plaintiff is a violation of the privacy act
89. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant john does sum of $1,000 for each of the violations

## Sixth Cause of Action
## (Defendant john does using the plaintiff SSN to obtain driver license is a Violation of Privacy ACT)

90. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
91. Defendant john does , obtained this information without the plaintiff consent or a court order is a privacy act violation

92. Defendant john does, collected unnecessary information about the plaintiff is a violation of the privacy act
93. as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant john does sum of $1,000 for each of the violations

# Seventh Cause of Action
# (Defendant john does obtaining plaintiff credit card number is Violation of Privacy ACT)

94. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
95. Defendant john does , obtained this information without the plaintiff consent or a court order is a privacy act violation
96. Defendant john does, collected unnecessary information about the plaintiff is a violation of the privacy act
97. as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant john does sum of $1,000 for each of the violations

# Eighth Cause of Action
# (Defendant john does companies providing the defendants agencies access to plaintiff Credit Header Info is a Violation of Privacy ACT)

98. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
99. Defendant john does companies, provided this  information to the other defendants  without the plaintiff consent ,or a court order is a privacy act violation
100. as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant john does companies sum of $1,000 for each of the violations

# Ninth Cause of Action
# (Defendant agencies using the plaintiff SSN to obtain Credit Header Info is a Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act)

101. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.
102. Defendant agency (DHS, CBP, USCIS, USICE) , obtained this information without the plaintiff consent or court order or to follow the appropriate procedure

is from the court Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act

103. as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations

104. plaintiff entitled to punitive damages in the amount of one million dollars

# Tenth Cause of Action
# (Defendant John Does using the plaintiff SSN to obtain Credit Header Info is a Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act)

105. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

106. Defendant john does , obtained this information without the plaintiff consent or court order or to follow the appropriate procedure is from the court Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act

107. as a Remedy for the violation the plaintiff entitled to recovery from each of the defendant john does sum of $1,000 for each of the violations

108. plaintiff entitled to punitive damages in the amount of one million dollars

# Eleventh Cause of Action
# (Defendant John Does Company providing access for the other defendants to plaintiff credit header info is a Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act)

109. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

110. Defendant john does company , provided easy access to the plaintiff credit header info without plaintiff consent or court order or to follow the appropriate

procedure is   a Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act

111. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant john does companies sum of $1,000 for each of the violations

112. plaintiff entitled to punitive damages in the amount of one million dollars

# Twelve Cause of Action
# (Defendant agencies and john does obtaining plaintiff credit card number is Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act)

113. Plaintiff hereby incorporates the information in paragraphs 47 through 63 above as if fully set forth herein.

114. Defendant agency (DHS, CBP, USCIS, USICE) and john does , obtained this information without the plaintiff consent or court order or to follow the appropriate procedure is   from the court Violation of Gramm-Leach-Bliley Act and Fair Credit Reporting Act and Right to Financial Privacy Act and Right to Financial Privacy Act

115. as a Remedy for the violation  the plaintiff entitled to recovery from each of the defendant agencies sum of $1,000 for each of the violations

116. plaintiff entitled to punitive damages in the amount of one million dollars

# PART B
## FACTS
## General Allegations

117. Plaintiff  Osama abdelfattah is  38 years native of Jordan , and permanent resident of united state since June 2004  , Mr. abdelfattah live in 3118 Birchwood CT north Brunswick NJ 08902 , he works as software eng  , married and has a 4.5 years old daughter

118. In 1996, the Plaintiff came to united state on F-1. Student visa, the plaintiff studied master in computer engineering from university of Bridgeport, CT.

119. In 1998, the Plaintiff graduated from university of Bridgeport with a master degree in computer engineering, Plaintiff joined in range tech with position of a software engineer.

120. .INRANGE Tech sponsored the Plaintiff for H1 work visa and green card

121. in December 2001, Mr. abdelfattah and his wife, applied for 1-485 ("application for adjustment of status") and *1-765* ("Application for employment authorizations"), the I-765 application was approved for a year to expire in January 2003

122. Mr. Abdelfattah moved with his family to New Jersey on 2002, Mr. abdelfattah also filed 1-765 ("Application for employment authorizations") to renew his employment authorizations

123. The normal processing time for 1-765 was less than 90 days, Between January and April 2003, the Plaintiff called twice Vermont service center and requested information about his 1-765, and the answer he got is ("you are under a security background check"), and the time to process his 1-765 application is unknown.

124. In or about 3/3/2003, Plaintiff appeared in Cherry Hill New Jersey immigration office to get an interim EAD, the plaintiff efforts was unsuccessful to secure interim EAD.

125. The next day, the Plaintiff appeared in Cherry Hill New Jersey immigration office, after waiting for more than 2 hours the plaintiff efforts was unsuccessful to secure interim EAD.

126. At the end of March 2003, Plaintiff appeared in Cherry Hill New Jersey immigration office, after waiting for 8 hours, the plaintiff efforts was unsuccessful to secure interim EAD

127. At the end of April 2003 , Plaintiff appeared in Cherry Hill New Jersey immigration office, after waiting for 8 hours, the plaintiff efforts was unsuccessful to secure interim EAD

128. At the beginning of September 2003, Plaintiff appeared in Cherry Hill New Jersey immigration office, after waiting for 8 hours, the plaintiff efforts was unsuccessful to secure interim EAD , this time the plaintiff got6 in to an argument with the immigration officer , and the officer threatened the plaintiff to call the police

129. In or about the end of September 2003, the plaintiff appeared at Newark new jersey immigration office for interim EAD, at this time the plaintiff was detained for about 8 hours, but eventually he was let go, and he was able to secure 8 month of an interim EAD..

130. At the end of January 2004, the plaintiff got a job offer in long island, New York to work as a software eng for a software company called falconstor software.

131. *on January* 26 2004, the plaintiff applied for a 1-765 ("Application for employment authorizations") **EACO480012616**

132. On February 10, 2004, and after 1 year and a half, Vermont service center approved the application for employment AUTHORIZATION EAC0304855140, the approval was extension for 4 month, and Vermont service center never sent the card after waiting desperately for it for over 1.5 years.

133. On or about the beginning of April 2004 the Vermont service center issued a RFE
     At the end of April 2004 .plaintiff responded to the RFI .its usually takes a week for Vermont service center to update its record on the web acknowledging the receiving of the RFI .but it never did, leaving the plaintiff wondering whether the Vermont service center received the RFE or not

134. at the end of May 2004 .the plaintiff went to Newark to get new Interim EAD .the plaintiff was able to get another extension For 8 month

135. at the beginning of June 2004, the plaintiff moved from NJ to long island, New York , at the end of may 2004 the plaintiff, faxed an expedite request, to Vermont service center, asking the service center to expedite the request for L-485 .the service center replied back with a granting of the expedite request

136. At the beginning of June2004, and after month and half of receiving the RFE . Vermont service center updated his record on the web .acknowledging the receiving of the RFE

137. On about June 16, 2004, Vermont service center approved plaintiff wife 1-485 application, and left the plaintiff without an approval ("the plaintiff is the primary applicant").

138. On about June 20 2004, the plaintiff sent another expedite request, Vermont service center updated its web site on June 24 2004, for applicant approval.

139. By looking at FOTA request, the plaintiff was approved on June 16 2004, and it took another expedite request for Vermont service center to update its record.

140. The plaintiff received his approval noticed from Vermont service center, the notice does mention to appear at 26 federal, NY, NY at any Friday between 7am and 4 pm, for the AD1T process, and complete the processing of green card physical card.

141. on or about Friday July 2 2004 .on about 6 am, the plaintiff appeared at 26 federal plaza .at NY USCTS .the plaintiff was number 10, at 7 am the plaintiff appeared at the immigration officer, surrendered the notice .Interim EAD .2 pictures and his passport, the officer took the plaintiff fingerprint and asked to wait

142. At 9am and after the numbers jumped from no 10 to number 25, and because the fact that plaintiff was getting late for work .he asked for his passport and documents back, and advised the officer that he will have to come back on another Friday ,the immigration officer started looking for the passport, but could not find the passport, after 15 minute, an immigration officer ("john Do 4") show up with 5 uniform officers and 2 doges, and in front of a wife and my 1 year old baby girl and room full of people he asked me to come up with him, he would like to have a chat with me. And under these circumstances, the plaintiff had no choice but to obey the request.

143. After entering the room, the immigration officer ("john Do 4") told the plaintiff to put his hand on the wall, and conducted a personal search for the plaintift and asked the plaintiff whether he has guns, and started looking in plaintiff wallet. the immigration officer ("john Do 4") ,asked the plaintiff to set down and asked the plaintiff' how did he obtained his green card and where does he work

144. the immigration officer ("john Do 4") told the plaintiff that the FBI officers is on their way After about 30 m FBI officer Kris and carols show up, the FBI officer Kris identified him self as a FBI officer and that he is from a Lebanese origin, Kris talking about that he was raised in Kuwait, and that he is working with (KCSS, or KOSS ...etc) .the plaintiff asked what is (1(055, or KOSS .ctc) ,Kris said its Kuwait intelligent, that they have state of the art equipment, the plaintiff felt puzzled ,of what is the Kris is talking about.

145. *Carlos* talked to the plaintiff that he is here because of his roommate he lived in the past few years .carols asked the plaintiff what does he know about that roommate ,the plaintiff answer that he lived with him for the between 1998-1999 and he left to NJ after that, and that the plaintiff heard that this roommate has a trouble with the law, the plaintiff did mention to carols that he heard from 2 friend that has also some pending application For I- *485* that was also question by the immigration about that roommate .

146. the plaintiff argued immigration officer (john Do 4") what the plaintiff has to do with this roommate ,the answer was ,"this is enough"

147. The Immigration officer (john Do 4") asked the plaintiff to go to a detention glass room. the immigration officer (john Do 4") advices the plaintiff that he is free to go any time he want plaintiff asked immigration officer ('john Do 4") .to let him go ,before plaintiff left .Kris and carols asked the plaintiff for a what they called "voluntary interview" .carols told the plaintiff that every thing is fine but they have a concerned about his hand, the plaintiff explained that what happened was a car explosion and that he suffered with bums in hand and legs,

148. carols and cris started ask some question about, "did you have a weapon training ,where did you travel .whether he prays or not, whether he give money to charity . what do you think about the Americans?, can you wok. as an informant for the FBI"

149. the Plaintiff provided the officers with names and phone number for him, friends, father phone number and address in Kuwait, all the previous and address, wife name and child name ,at the end of the interview the immigration officer advised the plaintiff to go to the ADIT unit .

150. the Plaintiff demanded that the ADIT unit to stamp his passport, The Immigration officer ("john do 5"*)* .refused to stamp the passport, and asserted that there was an error of the approval ,and said "somebody pushed the bottom by mistake in Vermont service center", the plaintiff asked the officer to return back his FAD card and approval notice .the Immigration officer ("john do 5"*)* ,retuned back the passport and said "we will be able to return back the passport because its from your native country" and we will not retune back the approval notice and FAD and that the unit will be contacted you by mail.

151. On about mid July 2004, the plaintiff lawyer send a letter to the NY USCIS asking to stamp the plaintiff passport, 3 month passed by and no response was received. , at the end of august 2004, the plaintiff filed A FOIA request with Vermont service center for *1-485* application

152. on  9/10/2004, the plaintiff appeared at NY USCIS  with his lawyer to get his passport stamp, the plaintiff was instructed to wait, and after waiting for 6 hours, during this time the immigration officer appeared at plaintiff work to check his

paper works ,and appeared at plaintiff house to ask some questions ,the plaintiff passport was ,stamped for 60 days, and advised by Immigration officer (john Do 5") that the ADIT unit will conduct a and investigation for plaintiff address and names he used.

153. on august 4 .the plaintiff filed for 1-90 application for green card replacement EAC04800245 17 .and on mid September the plaintiff filed 1131, APPLICATION FOR USCIS TRAVEL DOCUMENT LTN0425451619

154. at the end of September 2004 Vermont service center transferred plaintiff file from Vermont to NY USCIS

155. on several occasions' since the submission of the plaintiff FOTA request , plaintiff has contact USCIS / NY FOIA office to find the status of his FOJA request .plaintiff did not get any dead line is when is the USCIS / NY FOIA going to process the FOIA request

156. On 2/25/2005, the plaintiff flied a lawsuit in NY eastern district court (1:05-CV-01049-SJF-LB), asking the court to compel the USCIS / NY FOIA to process the FOIA request.

157. on mid march 2005 .the plaintiff received 337 out of 420 pages FOIA Appeal office in DC

158. on may the plaintiff appeared at NY USCIS to stamp his passport, NY/USCIS refused to stamp his passport

159. on July 26 2005  and because the plaintiff was lacking any documentation for his permanent residency  the plaintiff filled a lawsuit in eastern district of new York to compel Nebraska service center to act on plaintiff I-131 reentry permit

160. The assistance district attorney which was in charge if that case , asked for extension 2 times , to try to resolve the problem without the court intervention

161. on November 2005 , the plaintiff reached an agreement with  assistance district attorney for eastern district of new York , that the NY USCIS will stamp the plaintiff passport for a year in exchange that the plaintiff will drop he lawsuit

162. On November 15 2005, plaintiff appeared at NY USCIS where he got his passport stamp for a year.

163. when the plaintiff asked about when USCIS will issue the physical green card , he got no answer and It was mention to the plaintiff that his file was transferred to Nebraska service center , because the service center want to take look at the file before acting on the I-131 case .

164. on number 15 2005 dropped the lawsuit

165. on number 19 2005 Vermont service center approved  plaintiff I-90 application

166. although the application was approved , no approval notice was received and no physical card was received

167. on march 10 2006 , Vermont service center backtracked the approval and transferred the file to another BCIS office

# Since the Creation of plaintiff TECS record the following violation has happened and the plaintiff suffered the following injuries

## The plaintiff has been deprived from his right to work during his adjustment of the status process

168. between January 2003 and June 2004 , the plaintiff has been deprived of his right to work

169. For more than year and half, the plaintiff application for work authorization has been pending in Vermont service center because of a security check, even after the approval, the plaintiff never received the card.

170. For nine month, the plaintiff tried to secure an interim work authorization from local Cherry Hill immigration office, the plaintiff was not successful, and the office was laughing about the matter all the time, in addition to the verbal abuse.

171. after nine month , the plaintiff was able to secure a work authorization , which is soon after was confiscated by New York immigration office for no valid reason

172. the plaintiff was left in the cold with his family , and the defendant has been left joking about it

## The Plaintiff has been deprived from his right to work or travel internationally after green card approval

173. between June 2004 and April 2007 , the plaintiff has been deprived of his right to work

174. Under the immigration law, the plaintiff has every right to work after obtaining permanent resident status.

175. Yet for about 3 years the plaintiff has difficulty obtaining and evidence for his permanent resident status .

176. Every Trip to the immigration office was met by detention, refusal, or intimidation or threat from the immigration officers and their supervision.

177. The plaintiff has to endure expenses from his own pocket in the amount of $6000. to sue the DHS to secure one year of stamp in the passport ,

178. after the expiration of this one year stamp , the DHS , refused to renew the stamp

179. the plaintiff had to sue for the second time in a raw to secure  another stamp or a green card

## The Plaintiff illegal detention without any valid reason

180. Between 2003 April 2007, the plaintiff has been detained more than three times by Immigration offices

181. the first time was in cherry hill new jersey immigration officer , he then was released that day

182. in September  2003 , the plaintiff was detained by Newark new jersey immigration officers for the second time

183.in July 2004 the plaintiff was detained and humiliated by New York , NY immigration officers for more than 7 hours , he was refused a stamp , and his work authorization was taken away

## The plaintiff was threatened by CIS

184.on September 10 2004 and when the plaintiff went to USCIS New York with his lawyer to try to secure a stamp in his passport , he was threatened by a CIS supervisor , that the plaintiff will investigated and that CIS will try to take away his green card Exhibit 6

## The Defendants CIS and ICE tried to get the plaintiff fired from his job

185.on September 10 2004 a CIS supervisor dispatch an ICE agent to plaintiff work place as a way of intimidation , which could backfired in plaintiff , and he could have lost his job see attached Exhibit 7

## The Defendants CIS and ICE Distort the Plaintiff Character

186.on September 13 2004 a CIS supervisor dispatch an ICE agent to plaintiff resident place as a way of intimidation , and away to Distort plaintiff character , the ICE agent did not have any warrant , invaded the plaintiff privacy , and trespassing on a private property , and talking to plaintiff landlord , for no apparent reason , just to show their abuse of power in a Charlie Holmes style see attached Exhibit 8

## The FBI, CIS and ICE pressured the plaintiff to work as an informant in exchange for his green card

187.on July 2 2004 , while the plaintiff was in detention by ICE agents , the plaintiff was pressured by the FBI agents to work for the FBI as an informant , the FBI agent wanted the plaintiff to go to Muslim mosques in New York , and spy on the Muslims in those mosques

## The FBI threatened the plaintiff with deportation

188.on October 2004 , while the plaintiff was at work ,the plaintiff Received a called from an FBI agent ,the FBI threatened the plaintiff with deportation if the plaintiff did not work as an FBI informant .

## The CIS abused its power by referring the plaintiff to the investigation for the fourth time in a raw.

189.On 2006, the plaintiff sued the CIS , to force the CIS to give the Plaintiff , an evidence of his permanent residency , as a response for that , CIS abused of power and referred the plaintiff to the investigation for the fourth time in a raw see attached Exhibit 9 .

### The CIS abused its power by referring the plaintiff to the investigation for the fourth time in a raw.

190. On 2006, the plaintiff sued the CIS , to force the CIS to give the Plaintiff , an evidence of his permanent residency , as a response for that , CIS abused of power and referred the plaintiff to the investigation for the fourth time in a raw see attached Exhibit 9 .

### The FBI and CIS abused its power, and intimidated the plaintiff for bringing lawsuit in the federal court

191. On august 2006, and while the plaintiff lawsuit pending in the district of new jersey , against ICE , FBI , CIS , the CIS sent and FBI agent from FBI Newark new jersey office to the plaintiff resident . The plaintiff met with the FBI agent who threatened the plaintiff with deportation see attached Exhibit 10.

# The Plaintiff will continue to suffer an Injury in the future, if this record continues to exist

### The plaintiff will continue to suffer a hardship, every time the plaintiff seeks an immigration benefits

192. since the creation of this record , every time the plaintiff seeks an simple immigration benefits such as work authorization , which caused a hardship for the plaintiff which has to support his family , he faced with delays span for several year , in some cases the CIS official refuses to act on his application , while the plaintiff continue in the limbo ,

193. as a simple example , the plaintiff applied for a re entry permit on September 2004 , four years has passed and Nebraska CIS service did not act on the application , the plaintiff sued the service center in 2004 to force the CIS to act on his application , the feedback that the plaintiff that he got from the assistance US attorney office NY office , implied that 2 CIS official is hold up the application in CIS Nebraska service center , and the two officials has to signed up on the application before it can be approved .

### The plaintiff will continue to suffer an intimidation and detention every time he makes a Trip to USCIS office

194. looking at past history with CIS , the plaintiff is afraid to make even a simple trip to any CIS office , because he not only faced with delay , every time ,he will be detained for no valid reason , and the abuse will continue from CIS , ICE , FBI officers

## The plaintiff will continue to suffer a financial hardship, every time the plaintiff seeks an immigration benefits

195. since the creation of this record , every time the plaintiff seeks an simple immigration benefits such as work authorization , the plaintiff has to bring his complaint to the district court , to make the CIS official make a move on his pending cases , an average each case will cost about 350$ , and the time wasted in filling up the paper work , which make a huge financial burden on the plaintiff

## The plaintiff will continue to suffer because of the CBP classification in TECS/IBIS record

196. in one of the FOIA cases that was brought by the plaintiff , the CBP Affidavit stop short of calling the plaintiff as a terrorist , which misleading to who ever read that record , the plaintiff has never been arrested or broke the law in his life  see attached  Exhibit 11

## The plaintiff will continue to suffer because of the CBP classification the plaintiff might not be allowed to board plan in root bound to US, after a trip abroad for short time (less than six month)

197. because the TECS/IBIS records is being used in CBP new system called pre-departure Advance Passenger Information System (APIS) , this system will requirement will allow DHS to collect passenger information for flights and cruises bound for the United States prior to their departure from foreign ports

198. because of the plaintiff TECS/IBIS record , the plaintiff might be allowed to come back to united state

199. this tactic has been used is several with permanent resident in flight bound to the USA

200. one of those cases involved permanent resident name Yassine Ouassif which his case can be found in http://globalpolicy.igc.org/empire/terrorwar/analysis/2006/0807pressured.htm

201. MR Yassine Ouassif ,is a permanent resident of united state , he went in a simple trip to his native country morocco

202. Three hours into his Paris-to-San Francisco flight, the plane turned back. The flight was diverted at the request of the U.S. authorities. Back to France   , who detained Mr. Yassine Ouassif and deported back to

203. he later on deported back to morocco

204. the plaintiff could face this situation if this record still exist

## The plaintiff will continue to suffer because of the CBP classification the plaintiff might be deported without dual

**process of the law, after a brief trip outside US, which also make the plaintiff in fear of his life.**

205. because the TECS/IBIS records is being used in CBP
206. after a brief trip outside USA , the plaintiff might be deported without the DUAL process of law , the plaintiff is infear that the USA government might send him to place where he can be torture
207. this tactic has been used by the government  , incase of Maher Arar
208. this case can be found in http://en.wikipedia.org/wiki/Maher_Arar
209. Arar was deported to his native country after stop in JFK
210. arar was torture  in his native country by the US government , and almost lost his life in the process
211. the plaintiff is in fear of the same destiny , if this record still exist

# Plaintiff has exhausted the administrative remedy

212. by a letter dated September 7 2007 , the plaintiff sent a Privacy act request , requesting that his record be expunge to CIS, ICE , CBP
213. 10 days has passed and the plaintiff did not get any response to his request
214. Plaintiff has exhausted the administrative remedy
215. see attached Exhibit 12
216. the plaintiff made the plaintiff came to know the exist ness of the record less tan 2 years ago
217. CBP FOIA request answered by the CBP in November 2005
218. CIS FOIA request answered by the CIS in August  2006
219. ICE FOIA request answered by the ICE in September 2006
220. this action has been brought by the plaintiff on October 2007 less than 2 years for the requirement of the privacy act , which require the requester to bring an action on a record in less than years

# CAUSES OF ACTION

# Thirteen Cause of Action
# (Violation of Privacy ACT)

221. Plaintiff hereby incorporates the information in paragraphs 117 through 220 above as if fully set forth herein.
222. the plaintiff is law biding Permanent  resident , he never has been arrested ,he never broke the law
223. the plaintiff work as software eng , he always pay taxes and never broke the US law

224. TECS/IBIS record is used only by the law enforcement agencies for law enforcement purposes to track criminals
225. the plaintiff never has any criminal records of what so ever
226. the only criteria that the defendant used to create a TECS/IBIS record for the plaintiff, is RACE, Name, religion and color of the skin
227. plaintiff first name is Osama ,his Muslim and from middle eastern origin and speaks Arabic
228. the defendants used the above criteria to put the plaintiff name in the TECS/IBIS records
229. the defendant was never, and will never be a security threat for this country
230. Defendants' CIS, CBP, ICE refusal to expunge plaintiff record constitutes a violation of the Privacy act.

# Fourteen Cause of Action
# (Violation of Administrative Procedures Act, 5 U.S.C. §§ 702, 706 et seq)

231. Plaintiff hereby incorporates the information in paragraphs 117 through 220 above as if fully set forth herein
232. .The APA provides for judicial review where "[a] person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute." 5 U.S.C. § 702.
233. Under 5 U.S.C. § 702. the scope of the review include the following areas hold unlawful and set aside agency action, findings, and conclusions found to be -
   - (A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;
   - (B) contrary to constitutional right, power, privilege, or immunity;
   - (C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;
   - (D) without observance of procedure required by law;
   - (E) unsupported by substantial evidence in a case subject to sections 556 and 557 of this title or otherwise reviewed on the record of an agency hearing provided by statute; or
   - (F) Unwarranted by the facts to the extent that the facts are subject to trial de novo by the reviewing court.

234. the plaintiff is law binding person, he never been arrested or broke any law
235. TECS/IBIS I used to track criminals and persons wanted by the government
236. its used by a Local and federal law enforcement officers to track criminal
237. the only criteria that the defendant used to create a TECS/IBIS record for the plaintiff, is RACE, Name, religion and color of the skin
238. plaintiff first name is Osama ,his Muslim and from middle eastern origin and speaks Arabic
239. the defendants used the above criteria to put the plaintiff name in the TECS/IBIS records

240. the defendant was never , and will never be a security threat for this country

241. this court has the jurisdiction to review the decision by the defendants agency to place the plaintiff in the TECS/IBIS and order the defendant to expunge the Record

242. Defendants' CIS, CBP, ICE refusal to expunge plaintiff record constitutes a violation of the administrative procedure act.

# Fifteen Cause of Action
# (Declaratory Judgment Act, 28 U.S.C. § 2201, 2202)

243. Plaintiff hereby incorporates the information in paragraphs 117 through 220 above as if fully set forth herein

244. since the creation of plaintiff record in the TECS/IBIS by the defendant agency the plaintiff has suffered a sever injury , the plaintiff continue to suffer this injury now and in the future

245. .the plaintiff seeks a declaration that the defendants actions to create an  records for the plaintiff in the TECS/IBIS is unlawful

246. as a remedy of the situation , order the defendants agencies to expunge the records from the TECS/IBIS

# Sixteen Cause of Action
# Violation of Fifth Amendment
# (Due Process Right)

247. Plaintiff hereby incorporates the information in paragraphs 117 through 220 above as if fully set forth herein

248. the plaintiff is law binding person , he never been arrested or broke any law

249. TECS/IBIS I used to track criminals and persons wanted by the government

250. its used by a Local and federal law enforcement officers to track criminal

251. the only criteria that the defendant used to create a TECS/IBIS record for the plaintiff , is RACE , Name , religion and color of the skin

252. plaintiff first name is Osama ,his  Muslim and from middle eastern origin and speaks Arabic

253. the defendants used the above criteria to put the plaintiff name in the TECS/IBIS records

254. the defendant was never , and will never be a security threat for this country

255. Defendants' refusal to expunge plaintiff record constitutes a violation of his procedural due process rights under the Fifth Amendment of the U.S. Constitution.

# Seventeen Cause of Action
# Violation of Fifth Amendment
# (Equal Protection Clause)

256. Plaintiff hereby incorporates the information in paragraphs 117 through 220 above as if fully set forth herein

257. the plaintiff is law binding person , he never been arrested or broke any law

258. TECS/IBIS I used to track criminals and persons wanted by the government

259. its used by a Local and federal law enforcement officers to track criminal

260. the only criteria that the defendant used to create a TECS/IBIS record for the plaintiff , is RACE , Name , religion and color of the skin

261. plaintiff first name is Osama ,his  Muslim and from middle eastern origin and speaks Arabic

262. the defendants used the above criteria to put the plaintiff name in the TECS/IBIS records

263. the defendant was never , and will never be a security threat for this country

264. Defendants' refusal to expunge plaintiff record constitutes a violation of his Equal protection clause under the Fifth Amendment of the U.S. Constitution.

# Eighteen Cause of Action
# (Violation of Fourth Amendment)

265. Plaintiff hereby incorporates the information in paragraphs 117 through 220 above as if fully set forth herein

266. the plaintiff is law binding person , he never been arrested or broke any law

267. TECS/IBIS I used to track criminals and persons wanted by the government

268. its used by a Local and federal law enforcement officers to track criminal

269. the only criteria that the defendant used to create a TECS/IBIS record for the plaintiff , is RACE , Name , religion and color of the skin

270. plaintiff first name is Osama ,his  Muslim and from middle eastern origin and speaks Arabic

271. the defendants used the above criteria to put the plaintiff name in the TECS/IBIS records

272. the defendant was never , and will never be a security threat for this country

273. as result of the exist ness of this record , the plaintiff was subject to detention and harassment from the defendants

274. Defendants' refusal to expunge plaintiff record constitutes a violation of plaintiff fourth amendment of the U.S. Constitution

# Nigh teen Cause of Action
# (Violation of 42 USC 1983)

275. Plaintiff hereby incorporates the information in paragraphs 117 through 220 above as if fully set forth herein

276. the plaintiff is law binding person , he never been arrested or broke any law

277. TECS/IBIS I used to track criminals and persons wanted by the government

278. its used by a Local and federal law enforcement officers to track criminal

279. the only criteria that the defendant used to create a TECS/IBIS record for the plaintiff , is RACE , Name , religion and color of the skin

280. plaintiff first name is Osama ,his  Muslim and from middle eastern origin and speaks Arabic

281. the defendants used the above criteria to put the plaintiff name in the TECS/IBIS records

282. the defendant was never , and will never be a security threat for this country

283. as result of the exist of this record , the plaintiff was subject to detintion and harassment from the defendants

284. Defendants' refusal to expunge plaintiff record constitutes a violation of plaintiff 42 USC 1983

# Twenty Cause of Action
# (Violation of 42 USC 1983)

285. Plaintiff hereby incorporates the information in paragraphs 117 through 220 above as if fully set forth herein

286. the plaintiff is law binding person , he never been arrested or broke any law

287. TECS/IBIS I used to track criminals and persons wanted by the government

288. its used by a Local and federal law enforcement officers to track criminal

289. the only criteria that the defendant used to create a TECS/IBIS record for the plaintiff , is RACE , Name , religion and color of the skin

290. plaintiff first name is Osama ,his  Muslim and from middle eastern origin and speaks Arabic

291. the defendants used the above criteria to put the plaintiff name in the TECS/IBIS records

292. the defendant was never , and will never be a security threat for this country

293. as result of the exist ness of this record , the plaintiff was subject to detintion and harassment from the defendants

294. Defendants' refusal to expunge plaintiff record constitutes a violation of plaintiff 42 USC 1983

# Twenty one Cause of Action
# (Equal Access to Justice Act)

295. Plaintiff hereby incorporates the information in paragraphs 117 through 170 above as if fully set forth herein.

296. Plaintiff seek attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

297.)

# PRAYER FOR RELIEF

298. **WHEREFORE**, Plaintiff respectively ask the Court to:

299. Assume jurisdiction over this matter

300. Order the defendant to expunge the TECS/IBIS Record

301. Award the plaintiff a punitive damages of one million dollar.

302. Award Plaintiff's counsel reasonable attorney's fees and costs; and

303. Grant such other and further relief as may be just and proper.

Respectfully submitted,
Osama Abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902
Phone: 732-993-3392

# Exhibit 1

## *Obtained from CBP*



```
                    TECS II - PERSON SUBJECT DISPLAY            62
                                          ENTRY 031402 UPDATE 041105
NAME- LAST ABDELFATTAH
FIRST OSAMA         MID                   PHYSICAL IDENTIFIERS
                                  HISPANIC U RACE U SEX   HAIR     EYES
       IMAGE        ALIAS   NICKNAME    STC   HT 000 000 WT 000 000 ENGLSH
PERSONAL-                                   S/M/T                  MORE
   DOB 11141969 POB- CNTRY   ST    CITY                    CTZN    MORE
   SSN 343922185 MORE   AFN         MORE  RES    EXC/SITE          MORE
   PPN             TYPE     CNTRY   ISSDT        EXPDT            MORE
ADDRESS- DATE        STREET                              APT
   CITY                      STATE    CNTRY   ZIP        TYPE     MORE
CONTACT- CBP FIELD OPS - LOS ANGELES CA        PHONE              67c
   OWNER                           67c  CASE NBR 784             MORE
                                   START 08282004 STOP 08272005 QRY NTFY 1
                                           CAT
   REMARKS-  DATE 082904                              67c        MORE
                                                                 WHO
```

## *Obtained from ICE*



```
  16:39   (b)(2)    TECS II - PERSON SUBJECT DISPLAY (1 OF 3)  090806          (b)(2)
                                          ENTRY 031402 UPDATE 041105
AME- LAST ABDELFATTAH                     PHYSICAL IDENTIFIERS
IRST OSAMA         MID             HISPANIC U RACE U SEX   HAIR     EYES
       IMAGE       ALIAS   NICKNAME    STC   HT 000 000 WT 000 000 ENGLSH
ERSONAL-                                    S/M/T                  MORE
  DOB 11141969 POB- CNTRY   ST    CITY                    CTZN    MORE
  SSN 343922185 MORE   AFN         MORE  RES    EXC/SITE          MORE
  PPN             TYPE     CNTRY   ISSDT        EXPDT            MORE
 DDRESS- DATE        STREET                              APT
 ITY      (b)(7)(C)          STATE   CNTRY   ZIP        TYPE     MORE
 ONTACT-                           PHONE
 OWNER                                    (b)(2)                 MORE
 RIMARY                           START        STOP       QRY NTFY 1
 TATUS             )(b)(2)                  CAT
 EMARKS-  DATE 082904                                   MORE  (b)(2)+(b)(7)(C)
```

                                                                    (b)(2)

# Continue

# Exhibit 1

### *Obtained from*
### *CIS*



# Exhibit 2

## *Obtained from CIS*



# Exhibit 3

Person Search

Page 1 of 3





# CO Exhibit 3

Person Search

| | | |
|---|---|---|
| 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 | CENTRAL ISLIP NY 11722-1397 | |
| OSAMA FATTAH<br>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 | 189 HAWTHORNE AVE APT 132<br>CENTRAL ISLIP NY 11722-1397 | May 05 - Aug 05 |
| OSAM ABDELFATTAH<br>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 | 998 OLD COUNTRY RD STE C<br>PLAINVIEW NY 11803-4936 | Jan 05 - May 05 |
| OSAMA ABDELFATTAH<br>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 | 998 OLD COUNTRY RD STE C<br>PLAINVIEW NY 11803-4936 | Jan 05 - May 05 |
| OSAMA FATTAH<br>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 | 998 OLD COUNTRY RD STE C<br>PLAINVIEW NY 11803-4936 | Jan 05 - May 05 |
| OSAM ABDELFATTAH<br>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 | 998C OLD COUNTRY RD<br>PLAINVIEW NY 11803-4917 | Jun 04 - Dec 04 |
| OSAMA ABDELFATTAH<br>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 | 998C OLD COUNTRY RD<br>PLAINVIEW NY 11803-4917 | Jun 04 - Dec 04 |
| OSAM ABDELFATTAH<br>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 | 4173 HARBOUR DR<br>PALMYRA NJ 08065-2103 | Mar 04 - Aug 04 |
| OSAMA ABDELFATTAH<br>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 | 4173 HARBOUR DR<br>PALMYRA NJ 08065-2103 | Mar 04 - Aug 04 |
| ▓▓▓▓▓ (b)(7)(C) | 4173 HARBOUR DR<br>PALMYRA NJ 08065-2103 | Feb 04 - Aug 04 |
| OSAMA FATTAH<br>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 | 998C OLD COUNTRY RD<br>PLAINVIEW NY 11803-4917 | Jun 04 |
| OSAMA FATTAH<br>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 | 4173 HARBOUR DR<br>PALMYRA NJ 08065-2103 | Mar 04 |
| OSAM ABDELFATTAH<br>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 | 4188 HARBOUR DR<br>PALMYRA NJ 08065-2108 | Mar 03 - Feb 04 |
| OSAMA ABDELFATTAH<br>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 | 4188 HARBOUR DR<br>PALMYRA NJ 08065-2108 | Mar 03 - Feb 04 |
| OSAM ABDELFATTAH<br>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 | 505 JEWETT AVE<br>BRIDGEPORT CT 06606-2849 | Nov 02 - Mar 03 |
| OSAMA ABDELFATTAH<br>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 | 505 JEWETT AVE<br>BRIDGEPORT CT 06606-2849 | Nov 02 - Mar 03 |
| OSAMA ABDEL ABDELFATTAH 36<br>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          Nov, 1969 | PO BOX 3182<br>BRIDGEPORT CT 06605-0182 | Jul 99 - Nov 02   (203) 334-7420 |
| OSAM ABDELFATTAH<br>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 | PO BOX 3182<br>BRIDGEPORT CT 06605-0182 | Nov 00 - Nov 02 |
| OSAMA ABDEL FATTAH          36<br>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      Nov 14, 1969 | PO BOX 3182<br>BRIDGEPORT CT 06605-0182 | Jul 99 - Oct 02   (203) 334-7420 |
| OSAM ABDELFATTAH<br>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 | 562 ATLANTIC ST APT B<br>BRIDGEPORT CT 06604-5301 | May 02 |
| OSAMA ABDEL ABDELFATTAH 36<br>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          Nov, 1969 | 562 ATLANTIC ST APT B<br>BRIDGEPORT CT 06604-5301 | Nov 97 - Dec 01   (203) 334-7420 |
| OSAMA ABDEL FATTAH          36<br>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      Nov 14, 1969 | 562 ATLANTIC ST APT B<br>BRIDGEPORT CT 06604-5301 | Apr 97 - Dec 01   (203) 334-7420 |
| OSAMA ABDEL ABDELFATTAH 36<br>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          Nov, 1969 | 9 HALLOCK ST<br>BRIDGEPORT CT 06606-2330 | Sep 00 - Oct 00   366-4721 |

▓▓▓▓▓▓▓▓▓ (b)(2)

9/8/2006

# CO Exhibit 3



Person Search                                                                    Page 3 of 3

Handwritten note:

.l other deletions are pursuant to exemptions
(b)(2) and (b)(7)(C) .

(b)(2)

9/8/2006

# Exhibit 4

```
        16:14        TECS II EXTERNAL MESSAGE DISPLAY            09082006 ▉▉▉▉▉

▉EUE TYPE:   PERSONAL          QUEUE NAME: ▉▉▉▉▉
                               MSG STATUS:
▉***************** TEXT OF MESSAGE ***************▉  PAGE 01 **************
▉M NLETS  ON 09/08/06 AT 16:14:29

▉14 09/08/2006   ▉▉▉▉▉ ▉
▉14 09/08/2006   ▉▉▉▉▉▉▉▉

▉ELFATTAH, OSAMA
▉ A PLEASANTVIEW DRIVE, PISCATAWAY, NJ
▉/M. DOB/11141969. HGT/510.
▉/343922185. ▉▉▉▉▉▉▉▉▉. EXP/02142007.


▉SAGE IS DISPLAYED. ▉▉▉▉▉▉▉▉▉▉▉▉▉

▉ OF THIS MESSAGE ▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
```

All deletions are pursuant
to exemption (b)(2).

# CO Exhibit 4

```
    16:15        TECS II EXTERNAL MESSAGE DISPLAY          09082006  ████

UEUE TYPE:   PERSONAL           QUEUE NAME:
                                MSG STATUS:  ████            \
****************** TEXT OF MESSAGE *********██████** PAGE 01 **************
OM NLETS  ON 09/08/06 AT 16:14:39

████:14 09/08/2006█
    █:14 09/08/2006█████████

DELFATTAH OSAMA                  DOB/19691114  SEX/M  HGT/510  EYE/GRN
X 3182█████      BRIDGEPORT       CT  06605-
S/CT  ███████                    CANCELLED     EXP/20051114
L/NONE ISSUED  ENDORS/     RESTR/         PUBSRV/NONE ISSUED


SSAGE IS DISPLAYED.████████████████

D OF THIS MESSAGE
███████████████████████
```

All deletions are pursuant
to exemption (b)(2).

# CO Exhibit 4

```
     16:15        TECS II EXTERNAL MESSAGE DISPLAY              09082006   ████████
UEUE TYPE:   PERSONAL            QUEUE NAME: ████████
                                 MSG STATUS: ████████
****************** TEXT OF MESSAGE *****************   PAGE 01 **************
OM NLETS  ON 09/08/06 AT 16:14:39

:14 09/08/2006
:14 09/08/2006  ████████████████


DELFATTAH OSAMA              DOB/19691114  SEX/M  HGT/510  EYE/GRN
X 3182█████     BRIDGEPORT      CT  06605-
S/CT  ████████                  CANCELLED       EXP/20051114
L/NONE ISSUED   ENDORS/      RESTR/             PUBSRV/NONE ISSUED



SSAGE IS DISPLAYED. █████████████████████

D OF THIS MESSAGE
```

All deletions are pursuant
to exemption (b)(2).

# Exhibit 5



All deletions are pursuant to exemption (b)(2).

# Exhibit 6



# Exhibit 7



Referred to: Immigration and Customs Enforcement

**MEMORANDUM OF INVESTIGATION**

| File Number | Title | Control Office |
|---|---|---|
| A95 153 418 | Osama Abel FATTAH a/k/a Sami FATTAH | NYC |

On September 10, 2004, the writer conducted a field visit at FalconStor Software, 2 Huntington Quadrangle, 2nd floor South, Melville, NY 11747 to verify the employment of Osama Abdel FATTAH. The writer met with ▮▮▮▮▮▮ of Human Resources and Operations. ▮▮▮ was advised that the writer was verifying the employment of FATTAH. ▮▮▮ stated that FATTAH who is known as Sami FATTAH has been in the employ of FalconStor Software since January 2004. ▮▮▮ stated that FATTAH uses the name Sami speculating that the name Osama is not a popular name at the present time. At ▮▮▮ request, the writer was given a tour of the space occupied by FalconStor Software. The writer observed approximately 25 employees working at computer stations and inside computer laboratories. The writer speculates that the value of the computer equipment and accessories at FalconStor is in excess of a million dollars. ▮▮▮ was very cooperative and provided the writer with his business card and stated he could be contacted if additional information was needed. The information on the business card provided telephone number ▮▮▮▮▮ fax (631) 773-6670, e-mail: ▮▮▮▮@falconstor.com and website: www.falconstor.com

(b)(6), (b)(6) + (b)(7)(c)
(b)(6)
(b)(7)(c)

*All of the above deletions are made pursuant Exemptions (b)(6) + (b)(7)(c) of the FOIA.*

(b)(6)
(b)(7)(c)

FalconStor Software

# Exhibit 8



| File Number | Title | Control Office |
|---|---|---|
| A95 153 418 | Osama Abdel FATTAH a/k/a Sami FATTAH | NYC |

1. On September 13, 2004, the writer conducted a field visit at 104 Burr's Lane, Dix Hills, NY 11747 to
2. verify the residence of Osama Abdel FATTAH. At 104 Burr's Lane exists a large single family
3. detached home. The writer observed a front door and a bricked path that appeared to lead to a side
4. entrance to the home. After several knocks at the front door with no answer, the writer followed the
5. brick path that led to an outside stairwell that descended to a set of sliding glass doors at the basement
6. level of the residence. The sliding glass doors had a locked padlock attached to the outside of the doors.
7. The writer observed what appeared to be an apartment in the basement. The writer knocked at the glass
8. doors and received no answer. The writer again attempted to locate someone at the front door of the
9. residence. While waiting for an answer on the front porch of the residence the writer observed through a
10. screened window an elderly female sitting. When the woman observed the writer she made hand
11. motions and uttered some unintelligible words. A few seconds later a woman appeared at the window.
12. The writer advised the woman of his identity and that he was attempting to verify the residence of
13. Osama "Sami" Abdel FATTAH. The women at the window stated she was a home care nurse for the
14. elderly woman and that the homeowners would return at 5:30pm. The nurse stated that a man resided in
15. the apartment but she did not know the name of the man. The nurse indicated that the man was foreign
16. born but did not know what country he was from. The writer requested to ask the elderly woman
17. questions but the nurse stated the woman does not speak English. Before departing the premises the
18. writer again advised the nurse that the purpose of the visit was to verify the residence and that if further
19. verification was needed he would return when the homeowners would be home.

# Exhibit 9

```
                          CLAIMS MAINFRAME SYSTEM              09/08/2006
                        PETITION UPDATE PROCESSING             16:38
        MODE: ▮
        FORM: 1824      RECEIPT NBR: EAC0607251550
  PART 2: ▮     PART 3    RECEIVED DATE: 01/03/2006           REMOTE TO:
REF NBR:                  APPEALED FORM: I90      ASSOC RCPT NBR: EAC0480024517
TITNER: ABDELFATTAH                    OSAMA
        ATTN:                                 PRE CERT?
  STREET: 210A PLEASANTVIEW DR                CITY: PISCATAWAY
   STATE: NJ  PROVINCE:                CNTRY:        ZIP/POSTAL: 08854
        DOB: 11141969 COB: KUWAI    SOC SEC NBR:            A-NBR:
PLOYER:                                 TAX ID:
ONSLAT:                       POE:       CLASS:        PREFERENCE:
R BENF:  0     COA:
ATUS/ACTION: ▮    FROM SERVICE CENTER - FIELD REVIEW/INVES

IORITY DATE:                    DATE VALID FROM: 00000000 TO:
```

# Exhibit10



Federal Bureau of Investigation

**DAVID JON HARVEY**
Special Agent

(C) 862-849-8270

11 Centre Place
Newark, NJ 07102

Telephone: (973) 792-3000

ICE

ART CLARKE

973-645-2437

× 7371

# Exhibit 11



22.    The TECS system allows for targeted searches that are commensurate with the method of risk management that CBP employs to fulfill its law enforcement mandate, that is, preventing terrorists and their weapons from entering our borders while enforcing hundreds of U.S. trade and immigration laws.  The information contained in the responsive record would reveal the law enforcement techniques CBP employs in fulfilling its mission.  Revealing certain information in TECS would irreparably harm these efforts.

23.    These law enforcement investigative techniques and procedures cannot be further described by CBP without identifying and revealing that which it seeks to protect.  Release of this information would negatively impact the future effectiveness of these

Case 2:05-cv-05212-JAG-MCA     Document 33-6     Filed 07/14/2006     Page 9 of 9

# Exhibit 12

