AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Osama abdelfattah

SUMMONS IN A CIVIL CASE

V.

Department of Homeland Security, ETAL

Case: 1:07-cv-01842
Assigned To : Kennedy, Henry H.
Assign. Date : 10/11/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

U. S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF (name and address)

Osama abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             OCT 11 2007
CLERK                               DATE

(By) DEPUTY CLERK

RECEIVED
FEB 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

~AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2/1/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sama abdelfattah | Pro Se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail with Return Rec+
See Attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/2008
           Date                    Signature of Server

Address of Server: 3118 Birchwood Ct
North Brunswick NJ 08902

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0004 4107 5351**
Status: **Delivered**

Your item was delivered at 11:33 AM on February 1, 2008 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )



**Track & Confirm**
Enter Label/Receipt Number.

[                    ]

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.        No FEAR Act EEO Data        FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                    2/2/2008