AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Osama abdelfattah

v.

Department of Homeland Security, ETAL

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01842
Assigned To : Kennedy, Henry H.
Assign. Date : 10/11/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~~~~~~~ (name and address)
PRO SE

Osama abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

OCT 11 2007

RECEIVED
FEB 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE  2/1/2008 |
| NAME OF SERVER (PRINT)  Osama abdelfattah || TITLE  Pro Se |
| Check one box below to indicate appropriate method of service |||

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify):  Sent with a Certified mail and Return Route See Attached

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/2008   _[signature]_
            Date           Signature of Server

        3118 Birchwood Ct
        Address of Server
        North Brunswick
        NJ 08902

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7007 1490 0004 4107 5368
Status: **Delivered**

Your item was delivered at 11:33 AM on February 1, 2008 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

