AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Osama abdelfattah

**SUMMONS IN A CIVIL CASE**

v.

Department of Homeland Security, et al.

CASE

Case: 1:07-cv-01842
Assigned To : Kennedy, Henry H.
Assign. Date : 10/11/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

U.S. Customs and Border Protection
SERV: Office of Chief Counsel
1300 Pennsylvania Ave. N.W.
Washington, D.C.
20229

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~[redacted]~~ (name and address)

Osama abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
FEB 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON
CLERK

OCT 11 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/1/2008 |
| NAME OF SERVER (PRINT) Osama Abdelfattah | TITLE Pro se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served with certified mail and Return Recite (( see Attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/2008
                   Date            Signature of Server

Address of Server: 3118 Birchwood CT
North Brunswick NJ
08902
732 993 3392

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7007 1490 0004 4107 6389
Status: Delivered

Your item was delivered at 11:20 AM on February 1, 2008 in WASHINGTON, DC 20536.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

2/2/2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Osama abdelfattah

**SUMMONS IN A CIVIL CASE**

v.

Department of Homeland Security, et al

Case: 1:07-cv-01842
Assigned To : Kennedy, Henry H.
Assign. Date : 10/11/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

USCIS
U.S. Customs and
Immigration Service
Server: Office of Chief Counsel
20 Mass. Ave. N.W.
Rm. 4025
Washington, D.C. 20586

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF (name and address)

Osama abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

NANCY MAYER-WHITTINGTON          OCT 1 1 2007     FEB 4 2008
CLERK                            DATE
                                                 NANCY MAYER WHITTINGTON, CLERK
                                                 U.S. DISTRICT COURT

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/1/2008 |
| NAME OF SERVER (PRINT) Osama abdelfattah | TITLE pro se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served with certified mail and Return Recite (see Attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/1/2008
  Date       Signature of Server

Address of Server:
3118 Birchwood ct
North Brunswick NJ
08902
732 993 3392

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 1490 0004 4107 6396
Status: Delivered

Your item was delivered at 9:16 AM on February 1, 2008 in WASHINGTON, DC 20229.

( Additional Details > )  ( Return to USPS.com Home > )


Track & Confirm

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data    FOIA



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Osama abdelfattah

v.

Department of Homeland security, ETAL

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01842
Assigned To : Kennedy, Henry H.
Assign. Date : 10/11/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Department of Homeland security
office of genral counsel
washington DC 20528

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

Osama abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
FEB 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON
CLERK

OCT 11 2007
DATE

(By) DEPUTY CLERK

Case 1:07-cv-01842-HHK    Document 5    Filed 02/04/2008    Page 8 of 12

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/1/2008 | |
| NAME OF SERVER (PRINT) Osama Abdelfattah | TITLE Pro Se | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail with Return Recite See Attached

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/2008
Date

Signature of Server

Address of Server
3118 Birchwood CT
North Brunswick
NJ 08902
732-993-3392

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 1490 0004 4107 6433
Status: **Delivered**

Your item was delivered at 12:07 PM on February 1, 2008 in WASHINGTON, DC 20528.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          2/2/2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Osama abdelfattah

v.

Department of Homeland Security, ETAL

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01842
Assigned To : Kennedy, Henry H.
Assign. Date : 10/11/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT
SHOWS: OFFICE OF LEGAL ADVISOR
425 I STREET, NW.
RM 6/100
WASHINGTON, D.C. 20586

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~~~ (name and address)
PRO SE

Osama abdelfattah
3118 Birchwood CT
North Brunswick, NJ 08902

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

_____
(By) DEPUTY CLERK

OCT 11 2007
DATE

**RECEIVED**

FEB 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/1/2008 | |
| NAME OF SERVER (PRINT) Osama abdelfattah | TITLE Pro Se | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent with a certified mail (see attached) and Return Receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/2008
            Date            Signature of Server

Address of Server: 3118 Birchwood CT
North Brunswick NJ
08902
732 993 3392

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 1490 0004 4107 6402
Status: Delivered

Your item was delivered at 11:20 AM on February 1, 2008 in WASHINGTON, DC 20536.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

