UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSAMA ABDELFATTAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF HOMELAND, ) | No. 1:07-cv-01842-HHK |
| SECURITY, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**NOTICE OF ENTRY OF APPEARANCE**

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for the Defendant U.S. Department of Homeland Security, as well as its agencies U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, and U.S. Customs and Border Protection in the above-captioned civil action.   Undersigned counsel does not represent defendants "JOHN DOES" and "JOHN DOES Companies," as they have yet to be identified.

Respectfully submitted,

 /s/_____ _____
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C.   20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2008, I caused the foregoing Defendants' Notice of Entry of Appearance to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

OSAMA ABDELFATTAH

3118 Birchwood Ct.

North Brunswick, NJ 08902

                                                      /s/  
                                           BRANDON L. LOWY