# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OSAMA ABDELFATTAH

V

DEPARTMENT OF HOMELAND
SECURITY, ET AL

No. 1:07-CV-01842-HHK

Defendants

### PLAINTIFF CONSENT MOTION FOR STAY

Plaintiff Osama Abdel Fattah requests that this matter be Stayed pending the outcome
Of case number pending the outcome of 1:07-CV-01858-HHK which is scheduled for dispositive on
June 16, 2008
The plaintiff conferred the defendants counsel on the stay via email on April 15 2008 and
the and the defendant counsel to the relief requested.
The plaintiff believes that any document that he gets from the FOIA case will help him in
this current case.


Respectfully submitted

Osama abdelfatath
3118 Birchwood ct
North Brunswick NJ 08902
Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically emailed to:

Lowy, Brandon (USADC)
Brandon.Lowy@usdoj.gov


Brandon L. Lowy
Special Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

4/15/2008