UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OSAMA ABDELFATTAH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DEPARTMENT OF HOMELAND, SECURITY, et al., | ) ) ) | Civil Action No. 07-1842 (HHK) |
| Defendants. | ) ) ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendants in the above-captioned case, substituting for Special Assistant United States Attorney Brandon L. Lowy.

Respectfully submitted,

 /s/
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street, N.W,
Room E4106
Washington, D.C.  20530
Phone: (202) 514-7224

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

OSAMA ABDELFATTAH
3118 Birchwood Court
North Brunswick, NJ 08902

on this 3rd day of September, 2008.

      /s/
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W,
Room E4106
Washington, D.C. 20530
Phone: (202) 514-7224